## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 11-cr-10212-JLT |
| v. | ) | |
| | ) | |
| JOHN WILLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE OF RICHARD L. HOFFMAN

I hereby give notice of my appearance as counsel for the United States of America in this case.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

s/Richard L. Hoffman
By:  RICHARD L. HOFFMAN
     Assistant U.S. Attorney
     BBO # 548290
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, Massachusetts  02210
     Tel. (617) 748-3279

Dated: May 31, 2011

### CERTIFICATE OF SERVICE

I hereby certify that I am filing this notice today via the ECF system, which will cause a copy to be sent to all registered participants.

s/Richard L. Hoffman
Date: May 31, 2011        RICHARD L. HOFFMAN