UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 11-10212-JLT** |
| | ) | |
| 1.   JOHN WILLIS | ) | |
|      a/k/a "Bac Guai John" | ) | |
| 2.   BRANT WELTY | ) | |
| 3.   PETER MELENDEZ | ) | |
|      a/k/a "Shrek" | ) | |
| 4.   AIBUN ENG | ) | |
| 5.   BRIAN BOWES | ) | |
| 6.   KEVIN BARANOWSKI | ) | |
| 7.   MICHAEL CLEMENTE | ) | |
|      a/k/a "Ricky Martin" | ) | |
| 8.   MICHAEL SHAW | ) | |
| 9.   MARK THOMPSON | ) | |
| 10.  STEVEN LE a/k/a "Little Stevie" | ) | |
| 11.  VINCENT ALBERICO | ) | |
| 12.  BRIDGET WELTY | ) | |
| 13.  ANEVAY DUFFY | ) | |
|      a/k/a "Homegirl" | ) | |
| | ) | |
| **Defendants.** | ) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that most of the defendants were arrested on May 27, 2011, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Timothy E. Moran
Timothy E. Moran
Assistant U.S. Attorney

Date: May 27, 2011