UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:11-cr-10212-JLT-1 |
| **JOHN WILLIS, et al.** | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of R. Bradford Bailey as counsel of record in the above-captioned matter on behalf of defendant John Willis.

Dated: June 6, 2011

Respectfully submitted,
JOHN WILLIS
By and through his attorneys,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, BBO#549749
DENNER♦PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
bbailey@dennerpellegrino.com

## Certificate of Service

I, R. Bradford Bailey, hereby certify that on this the 6th day of June 2011, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing *Notice of Appearance* by virtue of transmitting the same to the Court via the CM/ECF system.

 /s/ *R. Bradford Bailey*
R. Bradford Bailey