AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>John Willis, et al<br>*Defendant* | )<br>)  Case No. 11cr 10212 JLT<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  John Willis
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute and possess with intent to distribute oxycodone, marijuana, and human growth hormone pursuant to 21 U.S.C. §846.

Date: 5-26-11

                                         *Antonia Alves-Baptista*
                                         *Issuing officer's signature*

City and state:  Boston, MA              Antonia Alves-Baptista, Deputy Clerk
                                         *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____
                    WARRANT EXECUTED BY FBI
                    BY ARREST/ARRAIGNMENT OF THE
Date: _____ DEFENDANT ON 5/27/2011
                                         *Arresting officer's signature*

                                         _____
                                         *Printed name and title*