UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Cr. No. 11-10212-JLT |
| | ) |
| **1.  JOHN WILLIS** | ) |

### INFORMATION TO ESTABLISH A PRIOR CONVICTION

**COUNT ONE:**  Title 21, United States Code, Section 851 –- Notice of Prior Conviction

The United States Attorney Charges that:

   1.  On or about June 26, 1996, JOHN WILLIS was convicted in Essex Superior Court of Possession of a Class A Controlled Substance With the Intent To Distribute, Docket No. 9477-CR-1918.

   2.  By way of this information, the government notifies JOHN WILLIS that he is charged with committing the crime alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1 above.

   All in keeping with Title 21, United States Code, Section 851(a)(1).

>   Respectfully submitted,
>
>   CARMEN M. ORTIZ
>   United States Attorney
>
>   By:  /s/ Timothy E. Moran
>        Timothy E. Moran
>        Assistant U.S. Attorney

Date: May 9, 2011

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 9, 2011.

                                       /s/ Timothy E. Moran
                                       Timothy E. Moran
                                       Assistant U.S. Attorney