# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1.   **JOHN WILLIS** | ) | |
|       a/k/a "Bac Guai John" | ) | |
| 2.   **BRANT WELTY** | ) | |
| 3.   **PETER MELENDEZ** a/k/a "Shrek" | ) | **CRIMINAL NO. 11-cr-10212-JLT** |
| 4.   **AIBUN ENG** | ) | |
| 5.   **BRIAN BOWES** | ) | |
| 6.   **KEVIN BARANOWSKI** | ) | |
| 7.   **MICHAEL CLEMENTE** | ) | |
|       a/k/a "Ricky Martin" | ) | |
| 8.   **MICHAEL SHAW** | ) | |
| 9.   **MARK THOMPSON** | ) | |
| 10.  **STEVEN LE** a/k/a "Little Stevie" | ) | |
| 11.  **VINCENT ALBERICO** | ) | |
| 12.  **BRIDGET WELTY** | ) | |
| 13.  **ANEVAY DUFFY** a/k/a "Homegirl" | ) | |
| | ) | |
|             **Defendants.** | ) | |

## ORDER TO MAINTAIN PROPERTY IN CUSTODY FOR CRIMINAL FORFEITURE

**TAURO, D.J.**:

This matter comes before the Court on the motion of the United States for an Order authorizing the United States and its agencies to maintain custody of certain property pending the conclusion of criminal forfeiture proceedings in this case.

WHEREAS, the property in question is the following:

Approximately $42,940.00 in United States currency, seized by the Dillon, South Carolina, Police Department from Defendant JOHN WILLIS (who falsely identified himself to police as Defendant BRANT WELTY) and Defendant BRANT WELTY, on or about March 24, 2011, on Route 95 in Dillon, South Carolina, turned over to the Drug Enforcement Administration for federal forfeiture, numbered for tracking purposes as asset No. 11-DEA-545304, and claimed on or about May 25, 2011, by Defendant BRANT WELTY via a sworn statement submitted by WELTY to DEA Forfeiture

Counsel (hereafter, the "Seized Currency");

WHEREAS, the United States has provided a reasonable basis to believe that the Seized Currency is within the scope of the Indictment's Drug Forfeiture Allegation;

WHEREAS, the Seized Currency is already in the lawful custody of the United States;

WHEREAS, the government has stated that it intends to maintain and preserve the Seized Currency for criminal forfeiture;

WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II) requires that the government, to maintain custody for criminal forfeiture of civilly seized, and administratively claimed, property as to which the government wishes to preserve the option of civil judicial forfeiture, must take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture,

WHEREFORE, IT IS HEREBY ORDERED that the United States and its agencies, including the U.S. Marshals Service, are authorized to maintain and preserve the Seized Currency until the conclusion of this case, pending further Order of this Court,

AND IT IS FURTHER ORDERED that this Order satisfies the requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II) as to this asset.

_____
JOSEPH L. TAURO
U.S. DISTRICT JUDGE

Dated: _____