UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
11-10212-JLT

UNITED STATES OF AMERICA

v.

JOHN WILLIS, et al.

## INITIAL STATUS REPORT AND SCHEDULING ORDER

### July 27, 2011

BOAL, M.J.

An Initial Status Conference was held before this court on July 25, 2011 pursuant to the provisions of Local Rule 116.5(A).  Based on this conference, this Court enters the following report and order.

1. The defendants are in the process of reviewing materials produced to date.  No relief from L.R. 116.3 is needed at this time.

2. No schedule for discovery motions is necessary at this time.  This issue will be discussed at the October 25, 2011 interim status conference.

3. The government anticipates providing further discovery.

4. The defendants request expert discovery.  This issue will be discussed at the October 25, 2011 interim status conference.

5. In this court's view, this is not a case involving unusual or complex issues for which an early joint conference of the District Judge and the Magistrate Judge with counsel of record would be useful.

6. In this court's view, this is not a case involving features which would warrant special attention or modification of the standard schedule, except to the extent provided herein.

7. It is premature to determine whether the defendants will file any dispositive motions.

8. The following interim status conferences have been scheduled:
    (1) October 25, 2011 at 11:30 a.m.;
    (2) January 25, 2012 at 11:30 a.m.; and
    (3) April 25, 2012 at 11:30 a.m.

9. No later than seven days prior to each of the interim status conferences, the government will file a status report regarding the progress of the case and identify any issues to be discussed at the conference.

10. A final status conference is scheduled for May 24, 2012 at 11:30 a.m.

11. Counsel for the defendant shall confer with the Assistant U.S. Attorney and, no later than the close of business on Thursday, May 17, 2012, the parties shall file a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

12. It is too early to determine whether a trial will be required. The government anticipates that trial will take approximately 3 to 4 weeks.

    / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE