UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1.    JOHN WILLIS | ) | |
|        a/k/a "Bac Guai John" | ) | CRIMINAL NO. 11-cr-10212-JLT |
| 2.    BRANT WELTY | ) | |
| 12.   BRIDGET WELTY | ) | |
| | ) | |
|            Defendants. | ) | |

**ORDER MODIFYING FORFEITURE RESTRAINING ORDER WITH RESPECT TO PREMISES OCCUPIED BY CRU WINE AND SPIRITS, INC.**

**TAURO, D.J.**:

For the reasons set forth in the United States' Motion to Modify Forfeiture Restraining Order with respect to Premises Occupied by CRU Wine and Spirits, Inc., it is hereby ORDERED that:

(1)  PGR Management/Rooster Realty Trust ("PGR"), the landlord and owner of the premises of CRU Wine & Spirits, Inc. ("CRU"), located at 1750-1752 Washington Street, Boston, Massachusetts (the "CRU Premises"), and PGR's managing agent, Heath Properties ("Heath"), may enter the CRU Premises for the purposes of checking, installing, and improving the building's fire alarm and fire suppression system, including any related fire-suppression sprinkler system; and

(2)  PGR and Heath may serve a notice to quit upon CRU for non-payment of rent and/or other alleged violations of CRU's lease for the CRU Premises.

In all other respects, the forfeiture Restraining Order dated May 27, 2011, shall remain in

full force and effect, pending further order of this Court.

   SO ORDERED THIS _____ DAY OF _____, 2011,

            _____
            JOSEPH L. TAURO
            United States District Judge