UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1. JOHN WILLIS | ) | |
| a/k/a "Bac Guai John" | ) | |
| 2. BRANT WELTY | ) | |
| 3. PETER MELENDEZ a/k/a "Shrek" | ) | CRIMINAL NO. 11-cr-10212-JLT |
| 4. AIBUN ENG | ) | |
| 5. BRIAN BOWES | ) | |
| 6. KEVIN BARANOWSKI | ) | |
| 7. MICHAEL CLEMENTE | ) | |
| a/k/a "Ricky Martin" | ) | |
| 8. MICHAEL SHAW | ) | |
| 9. MARK THOMPSON | ) | |
| 10. STEVEN LE a/k/a "Little Stevie" | ) | |
| 11. VINCENT ALBERICO | ) | |
| 12. BRIDGET WELTY | ) | |
| 13. ANEVAY DUFFY a/k/a "Homegirl" | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' SECOND APPLICATION TO MAINTAIN PROPERTY IN CUSTODY FOR CRIMINAL FORFEITURE

The United States of America, by and through its undersigned counsel, hereby moves for an order allowing it to maintain custody of property already in government custody pending the resolution of the criminal forfeiture proceedings in this case for the reasons set forth below.

The federal grand jury of this District on May 26, 2011, returned an Indictment (the "Indictment") charging Defendants JOHN WILLIS, BRANT WELTY, PETER MELENDEZ, AIBUN ENG, BRIAN BOWES, KEVIN BARANOWSKI, MICHAEL CLEMENTE, MICHAEL SHAW, MARK THOMPSON, STEVEN LE, VINCENT ALBERICO, BRIDGET WELTY, and ANEVAY DUFFY (collectively, "Defendants") with Conspiracy to Distribute and

Allowed
J Tauro  J
8/17/11