UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| 1.   JOHN WILLIS | ) |
|      a/k/a "Bac Guai John" | )   CRIMINAL NO. 11-cr-10212-JLT |
| 2.   BRANT WELTY | ) |
| 12.  BRIDGET WELTY | ) |
| | ) |
|      Defendants. | ) |

**MOTION TO MODIFY FORFEITURE RESTRAINING ORDER WITH RESPECT TO PREMISES OCCUPIED BY CRU WINE AND SPIRITS, INC.**

The United States of America, by its undersigned counsel, hereby moves that this Court modify the forfeiture restraining order entered in this case with respect to the premises occupied by CRU Wine & Spirits, Inc. ("CRU"), located at 1750-1752 Washington Street, Boston, Massachusetts, in order to permit the landlord of those premises, PGR Management/Rooster Realty Trust, and its managing agent, Heath Properties, (a) to enter the premises for the purposes of checking, installing, and improving the building's fire alarm and fire suppression system, including any related fire-suppression sprinkler system; and (b) to serve a notice to quit upon CRU for non-payment of rent and/or other violations of CRU's lease for the premises, for the reasons set forth below.

The federal grand jury of this District on May 26, 2011, returned an Indictment (the "Indictment") charging Defendants John Willis, Brant Welty, Bridget Welty, and others (collectively, "Defendants") with Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Marijuana and Human Growth Hormone, in violation of 21 U.S.C. § 846.

*Allowed*
*Tauro DJ*
*8/17/11*