UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| 1.  JOHN WILLIS | ) |
|     a/k/a "Bac Guai John" | )   CRIMINAL NO. 11-cr-10212-JLT |
| 2.  BRANT WELTY | ) |
| 12. BRIDGET WELTY | ) |
| | ) |
| Defendants. | ) |

SECOND MOTION TO MODIFY FORFEITURE RESTRAINING ORDER RE:
PREMISES OCCUPIED BY CRU WINE AND SPIRITS, INC.
[ASSENTED-TO]

The United States of America, by its undersigned counsel, with the assent of Defendants Brant Welty and Bridget Welty, and without objection from Defendant John Willis, hereby moves that this Court further modify the forfeiture restraining order entered in this case with respect to the premises occupied by CRU Wine & Spirits, Inc. ("CRU"), located at 1750-1752 Washington Street, Boston, Massachusetts (the "CRU Premises"), in order to facilitate the vacation of the CRU Premises by CRU and the return of those Premises to the landlord, PGR Management/Rooster Realty Trust, and its managing agent, Heath Properties (collectively, "PGR").

On August 17, 2011, on the United States' motion, and without objection from the Defendants, this Court modified the May 27, 2011, post-indictment forfeiture restraining order (Docket No. 22) (the "Restraining Order") to allow PGR (a) to enter the CRU Premises for the purposes of checking, installing, and improving the building's fire alarm and fire suppression system, including any related fire-suppression sprinkler system; and (b) to serve a notice to quit

*Allowed*
*J Tauro J*
*9/27/11*