UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| 1.  JOHN WILLIS | ) |
| a/k/a "Bac Guai John" | ) CRIMINAL NO. 11-cr-10212-JLT |
| 2.  BRANT WELTY | ) |
| 12. BRIDGET WELTY | ) |
| | ) |
| Defendants. | ) |

**SECOND ORDER MODIFYING FORFEITURE RESTRAINING ORDER RE: PREMISES OCCUPIED BY CRU WINE AND SPIRITS, INC.**

TAURO, D.J.:

For the reasons set forth in the United States' Assented-To Second Motion to Modify Forfeiture Restraining Order Re: Premises Occupied by CRU Wine and Spirits, Inc., it is hereby ORDERED that:

(1) By agreement of the parties, within seven (7) days after entry of this Order, CRU Wine and Spirits, Inc. ("CRU") shall vacate the premises located at 1750-1752 Washington Street, Boston, Massachusetts (the "CRU Premises"), and shall return custody of those Premises to the landlord, PGR Management/Rooster Realty Trust, and its managing agent, Heath Properties (collectively, "PGR").

(2) Within this seven-day period, CRU and Defendants Bridget Welty and Brant Welty shall have access to the CRU Premises, and shall remove from those Premises any remaining personal property, subject to any rights that either CRU or PGR may have under the existing lease, which this Order is not intended to affect in any way.

(3) Defendants and their attorneys shall preserve any such personal property removed from the CRU Premises that constitutes either evidence of a crime, or evidence material to Defendants' defense, until trial in this case, and shall disclose such property to the government in reciprocal discovery pursuant to the Local Rules and the Federal Rules of Criminal Procedure.

In all other respects, except as modified by this Court's August 17, 2011, Order and this Order, the forfeiture Restraining Order dated May 27, 2011, shall remain in full force and effect, pending further order of this Court.

SO ORDERED THIS __27__ DAY OF __Sept__, 2011,

_____
JOSEPH L. TAURO
United States District Judge