UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.  11-10212-JLT

UNITED STATES OF AMERICA

v.

JOHN WILLIS, et al.

**SCHEDULING ORDER**

**October 25, 2011**

BOAL, M.J.

An Interim Status Conference was held before this court on October 25, 2011.  Based on this conference, this Court enters the following scheduling order.

1.   If necessary, the Court will set a schedule for motion practice regarding expert discovery at the **January 25, 2012** status conference.

2.   All discovery letters pursuant to L.R. 116.3 should be provided to the government by **February 15, 2012.**

3.   The government shall respond to the discovery letters by **March 7, 2012.**

4.   All discovery motions should be filed by **March 28, 2012.**

5.   Responses to discovery motions should be filed by **April 18, 2012.**

6.   Discovery motions will be heard at the **April 25, 2012** status conference.  All counsel who have filed discovery motions should be present.  Given the number of attorneys involved, the Court is unlikely to reschedule the hearing for any particular counsel except for a significant conflict, such as participation in a trial.

7.   Trial is set to begin on **October 9, 2012.**

＿＿＿/ s / Jennifer C. Boal＿＿＿＿＿＿＿＿
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

- 1 -