UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) ) | Crim. No. 11-CR-10212-JLT-12 |
| BRIDGET WELTY | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT:

Please be advised that the undersigned attorney for the defendant Bridget Welty has relocated to the following new address and telephone number:

>Mark D. Smith (BBO# 542676)
>LAREDO & SMITH, LLP
>101 Federal Street, Suite 650
>Boston, MA  02110
>Tel:  (617) 443-1100
>Fax:  (617) 443-1174
>smith@laredosmith.com

Respectfully submitted,

BRIDGET WELTY

By her attorney,

/s/ Mark D. Smith
Mark D. Smith (BBO# 542676)
LAREDO & SMITH, LLP
101 Federal Street, Suite 650
Boston, MA  02110
Tel:  (617) 443-1100
Fax:  (617) 443-1174

Dated:  December 22, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Mark D. Smith
                                            Mark D. Smith

Dated: December 22, 2011