UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 11-10212-JLT

UNITED STATES OF AMERICA

v.

JOHN WILLIS, et al.

**INTERIM SCHEDULING ORDER**

May 3, 2012

BOAL, M.J.

At the interim status conference held on April 25, 2012, the parties requested additional time to address outstanding discovery issues and/or other pre-trial matters. Accordingly:

1. A Final Status Conference is scheduled for **May 24, 2012 at 11:30 a.m.** at Courtroom 14 on the 5th floor.

2. A Joint Memorandum addressing those items set forth in L.R. 116.5(c) shall be filed on or before the close of business on **May 17, 2012**. In addition, to those items set forth in L.R. 116.5(c), the parties shall confer and report to the Court regarding a proposed schedule for the filing of dispositive motions.

3. If the joint memorandum permits the Court to prepare the Final Status Report without the necessity of an additional status conference, the Court may waive the Final Status Conference and issue an order transferring the case to the District Judge.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE