UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 11-10212-JLT

UNITED STATES OF AMERICA

v.

JOHN WILLIS, et al.

**SCHEDULING ORDER**

**May 29, 2012**

BOAL, M.J.

A status conference was held before this court on May 24, 2012. Based on this conference, this Court enters the following scheduling order.

1. A Final Status Conference is scheduled for **June 19, 2012 at 11:30 a.m.** at Courtroom 14 on the 5th floor.

2. A Joint Memorandum addressing those items set forth in L.R. 116.5(c) shall be filed on or before the close of business on **June 12, 2012**.

3. Defendants shall file any dispositive motions by **July 13, 2012.** The government shall file its response by **August 3, 2012.**

        / s / Jennifer C. Boal
        JENNIFER C. BOAL
        UNITED STATES MAGISTRATE JUDGE