UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 11-10212-JLT

UNITED STATES OF AMERICA

v.

JOHN WILLIS, et al.

**FINAL STATUS REPORT**

July 2, 2012

Boal, M.J.

A Final Status Conference was held before this court on June 19, 2012, pursuant to the provisions of Local Rule 116.5(c).  At that time, the government represented that it may bring a superseding indictment charging money laundering conspiracy against the remaining defendants and would do so in the month of June.  This matter has been pending for a year.  Because the government has not brought a superseding indictment within the time frame indicated and there are presently no outstanding discovery issues, this court sees no reason not to transfer the case to the District Judge at this time.  Accordingly, this court enters the following report and order:

1. The defendants request that the case be transferred to the District Judge for a hearing on defendants' anticipated substantive motions and/or an initial pretrial conference.

2. The government has produced substantially all discovery.  The government will produce additional information regarding newly-cooperating defendants as such information becomes available.  The government will produce expert disclosures, expert qualifications, and laboratory backup no less than 21 days before trial.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time, although the defendants may request additional discovery in response to the government's production of new discovery.

4.  As set forth in the May 29, 2012 scheduling order, defendants must file dispositive motions by **July 13, 2012.** The government shall file its response by **August 3, 2012.**

5.  Based upon the orders of the court dated July 7, 2011, July 27, 2011, October 31, 2011, May 3, 2012, May 29, 2012, and June 22, 2012, as of today there are zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

6.  The estimated length of trial is 3-4 weeks.

    / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE