UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-cr-10212-JLT |
| | ) | |
| 1.   JOHN WILLIS | ) | |
|       a/k/a "Bac Guai John" | ) | |
| 2.   BRANT WELTY | ) | |
| 7.   MICHAEL CLEMENTE | ) | |
|       a/k/a "Ricky Martin" | ) | |
| 9.   MARK THOMPSON | ) | |
| 12.  BRIDGET WELTY | ) | |
| 14.  COLBY DEERING | ) | |
| 15.  ANH NGUYEN, | ) | |
| | ) | |
|         Defendants. | ) | |

## GOVERNMENT'S MOTION TO SEAL
## SECOND SUPERSEDING INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves that this Court direct that the Second Superseding Indictment be sealed, and that no person shall disclose the return of the Second Superseding Indictment, except as and when necessary for the issuance and execution of arrest warrants, until the new defendants, COLBY DEERING and ANH NGUYEN, are in custody in the above-captioned case and/or the Court has ordered the First Superseding Indictment unsealed.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Richard L. Hoffman
RICHARD L. HOFFMAN
Assistant U.S. Attorney

Date: August 16, 2012

AUG 16 2012
ALLOWED
So ORDERED
/s/ JLT
USDJ