**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 11-cr-10212-JLT |
| | ) | |
| 1.   **JOHN WILLIS** | ) | |
|        a/k/a "Bac Guai John" | ) | |
| 2.   **BRANT WELTY** | ) | |
| 7.   **MICHAEL CLEMENTE** | ) | |
|        a/k/a "Ricky Martin" | ) | |
| 9.   **MARK THOMPSON** | ) | |
| 12. **BRIDGET WELTY** | ) | |
| 14. **COLBY DEERING** | ) | |
| 15. **ANH NGUYEN,** | ) | |
| | ) | |
|              **Defendants.** | ) | |

**GOVERNMENT'S MOTION TO UNSEAL**
**SECOND SUPERSEDING INDICTMENT**

The United States of America hereby moves that this Court unseal the Second Superseding Indictment because the new defendants are now in custody.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By: /s/Richard L. Hoffman
      RICHARD L. HOFFMAN
      Assistant U.S. Attorney

Date: August 16, 2012