UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 11-10212-JLT

UNITED STATES OF AMERICA

v.

JOHN WILLIS, BRANT WELTY,
MICHAEL CLEMENTE, MARK THOMPSON, and BRIDGET WELTY

## FINAL STATUS REPORT

September 12, 2012

Boal, M.J.

A Final Status Conference was scheduled for September 18, 2012.  On September 12,

2012, the government and the above-named defendants[1] submitted a joint status report and

requested that the Court waive the final status conference.  Upon review of the joint status report,

the Court finds that a final status conference is not necessary.  See Local Rule 116.5(c), (d).

Accordingly, the Court enters the following report and order:

1.     The above-named defendants request that the case be transferred to the District
       Judge for a hearing on defendants' anticipated substantive motions and/or an
       initial pretrial conference.

2.     The government has produced substantially all discovery.  The government will
       produce additional information regarding newly-cooperating defendants as such
       information becomes available.  The government will produce expert disclosures,
       expert qualifications, and laboratory backup no less than 21 days before trial.

3.     There are no outstanding discovery requests or outstanding or anticipated
       discovery motions at this time.

_____

[1] Two other individuals, Colby Deering and Anh Nguyen, were recently named as
defendants in the second superseding indictment.  Docket No. 291.  As there is ongoing
discovery with respect to those defendants, this Court is not referring those two defendants to the
District Judge.

4.      Defendants Willis, Clemente, Brant Welty, and Bridget Welty have filed motions
        to suppress.  Docket Nos. 247, 257, 277, 280.  Defendants Brant Welty and
        Bridget Welty have filed motions to sever.  Docket Nos. 282, 283.  The
        government has responded to the motions.

5.      Based upon the orders of the court dated July 7, 2011, July 27, 2011, October 31,
        2011, May 3, 2012, May 29, 2012, June 22, 2012, July 26, 2012, August 2, 2012,
        and September 12, 2012, as of today there are zero (**0**) days of non-excludable
        time under the Speedy Trial Act and seventy (**70**) days remaining under the
        Speedy Trial Act in which this case must be tried.

6.      The estimated length of trial is 3-4 weeks.


                                        / s / Jennifer C. Boal
                                        JENNIFER C. BOAL
                                        UNITED STATES MAGISTRATE JUDGE