UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                              )<br>)<br>JOHN WILLIS                             )<br>    Defendant                          )<br>) | No. 3:11 CR 10212-JLT |

TO THE CLERK OF THE COURTS and ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant, John Willis.

Date: September 19, 2012         /s/ Charles E. Dolan
                                 Charles E. Dolan
                                 BBO# 546344
                                 Denner Pellegrino, LLP
                                 265 State Street
                                 Springfield, MA 01103
                                 Tel. No. (413) 746-4400
                                 Fax No. (413) 746-5353
                                 cdolan@dennerpellegrino.com

Certificate of Service

I hereby certify that on September 19, 2012, I served a true and correct copy of the within document upon the United States Attorney's Office and upon all parties of record via ECF.

/s/ Charles E. Dolan
Charles E. Dolan, Esq.