Filed
In open Court
7/27/12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
**v.** ) **Criminal No. 11-10212-JLT**
)
1. **JOHN WILLIS** )
   **a/k/a "Bac Guai John"** )
2. **BRANT WELTY** )
7. **MICHAEL CLEMENTE** )
   **a/k/a "Ricky Martin"** )
9. **MARK THOMPSON** )
12. **BRIDGET WELTY** )
)
**Defendants.** )

## FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the United States of America and the undersigned

defendants submit this joint status report in advance of the Status Conference before the district

court scheduled for September 27, 2012, at 2:15 p.m. In the parties' view, the Court should

address the following topics:

1. Pending Motions

The following motions are fully briefed and pending:

| Date | Movant | Relief | Hearing Request |
|------|--------|--------|-----------------|
| July 12, 2012 | John Willis | Suppress Wire | *Franks* Hearing |
| July 25, 2012 | Michael Clemente | Suppress Statement | None Requested |
| August 2, 2012 | Brant Welty | Suppress Wire | Evidentiary Hearing |
| August 3, 2012 | Brant Welty | Sever | None Requested |
| August 3, 2012 | Bridget Welty | Suppress Wire | Oral Argument |
| August 3, 2012 | Bridget Welty | Sever | Oral Argument |

The government opposes all of the motions. The government requests that the Court

deny Clemente's motion because it does not intend to introduce the statements that he seeks to
suppress.

The government's position, as explained in its memoranda, is that evidentiary hearings
are not required. The government does not object to oral argument on the hearings.

2. Anticipated Trial

The case was scheduled for October 9, 2012. The Court will need to schedule a new date
for trial. The United States estimates that, as the case is currently constituted, a trial would last
three to four weeks.

3. Speedy Trial Act Calculations

On September 13, 2012, the Court issued an Order excluding the time from July 13
through July 26, 2012. On July 26, the Court issued an Order excluding the time from July 26
through August 30, 2012. On August 2, 2012, the Court issued an Order excluding time from
August 2, 2012, through September 18, 2012. As a result, all time has been excluded through
September 18, 2012, and the parties request that the Court exclude the time between September
18, 2012, and September 27, 2012.

Respectfully submitted,

JOHN WILLIS

By: Jeffrey Denner
Jeffrey Denner
Counsel for John Willis

BRANT WELTY

By: Kevin Barron
Kevin Barron
Counsel for Brant Welty

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: Timothy E. Moran
Timothy E. Moran
Richard L. Hoffman
Assistant United States Attorney

MICHAEL CLEMENTE
By: James J. Cipoletta
James J. Cipoletta
Counsel for Michael Clemente

MARK THOMPSON

By: Samuel B. Golberg
Samuel B. Goldberg
Counsel for Mark Thompson

BRIDGET WELTY

By: Mark D. Smith
Mark D. Smith
Counsel for Bridget Welty
Dated: June 12, 2012

Date: September 20, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF).

/s/ Timothy E. Moran
Timothy E. Moran