UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          *
                                  *
        v.                        *          Criminal No. 11-10212-JLT
                                  *
JOHN WILLIS, BRANT WELTY,         *
MICHAEL CLEMENTE, and             *
BRIDGET WELTY,                    *
                                  *
            Defendants.           *

ORDER

December 28, 2012

TAURO, J.

        In its Oppositions [#307], [#326], the United States argues that an evidentiary hearing is

not necessary for the pending motions to suppress.  This court requests that Defendants John

Willis, Brant Welty, Michael Clemente, and Bridget Welty file responses to the government's

argument regarding the necessity for an evidentiary hearing by January 3, 2013, at 1:00 p.m.


IT IS SO ORDERED.


                                        ____/s/ Joseph L. Tauro____
                                        United States District Judge