UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 11-10212-JLT |
| | * | |
| JOHN WILLIS, BRANT WELTY, | * | |
| MICHAEL CLEMENTE, and | * | |
| BRIDGET WELTY, | * | |
| | * | |
| Defendants. | * | |

ORDER

January 8, 2013

TAURO, J.

After a Hearing on January 8, 2013, this court hereby orders that:

1. Defendant Clemente's Motion to Suppress [#257] is ALLOWED as unopposed.

2. Defendant Willis's Motion to Suppress [#247] is deferred.

3. Defendant Brant Welty's Motion to Sever [#283] is deferred.

4. Defendant Bridget Welty's Motion to Sever [#282] is deferred.

5. Defendant Brant Welty's Motion to Suppress [#277] is taken under advisement.

6. Defendant Bridget Welty's Motion to Suppress [#280] is taken under advisement.

7. The United States and Defendants Brant and Bridget Welty shall submit proposed orders regarding the Weltys' motions to suppress by January 29, 2013, which shall include references to specific paragraphs of the challenged affidavits.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge