UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  11-cr-10212-JLT |
| | ) | |
| 1.   JOHN WILLIS | ) | |
| 2.   BRANT WELTY | ) | |
| 3.   PETER MELENDEZ | ) | |
| 4.   AIBUN ENG | ) | |
| 5.   BRIAN BOWES | ) | |
| 6.   KEVIN BARANOWSKI | ) | |
| 7.   MICHAEL CLEMENTE | ) | |
| 12.  BRIDGET WELTY | ) | |
| 14.  COLBY DEERING | ) | |
| 15.  ANH NGUYEN | ) | |
| | ) | |
| Defendants. | ) | |

## **UNITED STATES' MOTION FOR LEAVE TO EXCEED 20-PAGE LIMIT**

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby moves that this Court grant it leave to file the United States's Motion for Orders of Forfeiture submitted with this motion.  The United States wishes to file its Motion for Orders of Forfeiture, which exceeds the 20-page limit, as to the ten captioned defendants as a single "global" motion, rather than filing ten separate motions, which would have been largely repetitive, as to these defendants.

WHEREFORE, the United States requests that the Court grant it leave to exceed the 20-page limit in filing its Motion for Orders of Forfeiture.

                                                Respectfully submitted,
                                                CARMEN M. ORTIZ
                                                United States Attorney
                                    By:    s/Richard L. Hoffman
                                                Richard L. Hoffman
                                                Timothy E. Moran
                                                Assistant U.S. Attorneys
                                                United States Courthouse
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
Date: May 24, 2013                           (617) 748-3279

## CERTIFICATE OF SERVICE

I hereby certify that today, May 24, 2013, I am filing the foregoing motion via the ECF system, which will cause copies to be served upon the defendants by sending copies by email to their attorneys of record.

                                                s/Richard L. Hoffman
                                                Richard L. Hoffman
                                                Assistant U.S. Attorney