# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:11-cr-10212-JLT-1 |
| **JOHN WILLIS, et al.** | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

Defendant John Willis ("the defendant"), by and through undersigned counsel, hereby respectfully requests that the sentencing in the above-captioned matter presently scheduled for June 6, 2013, be continued to a date during the week of August 12, 2013, or some date thereafter convenient to the Court and counsel. As reasons therefor, the Defendant states that his undersigned counsel is beginning a multi-defendant federal criminal trial in the District of Massachusetts on June 3, 2013 (*United States v. Sarkissian*, No. 1:11-cr-10195-RWZ), which is expected to last two (2) weeks, and a Massachusetts state trial on June 18, 2013 (*Commonwealth v. Pike*, No. NOCR2011-00665) which is expected to last approximately two (2) weeks. The United States, by and through AUSA Timothy Moran, specifically assents to the granting of the instant request. The Defendant agrees to exclude all intervening time from now until the date of his prospective rescheduled sentencing date for purposes of Speedy Sentencing.

WHEREFORE, the Defendant respectfully requests his sentencing be rescheduled to a date during the week of August 12, 2013, or some date thereafter convenient to the Court and counsel.

Dated: May 29, 2013                                Respectfully submitted,
                                                   JOHN WILLIS
                                                   By and through his attorneys,

                                                   /s/ *Jeffrey A. Denner*
                                                   Jeffrey A. Denner, BBO#120520
                                                   DENNER♦PELLEGRINO, LLP
                                                   Four Longfellow Place, 35th Floor
                                                   Boston, Massachusetts 02114
                                                   Tel.    617.227.2800
                                                   Fax.    617.973.1562
                                                   jdenner@dennerpellegrino.com

### Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 29th day of May 2013, I caused a true copy of the foregoing *Assented to Motion to Continue Sentencing* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

                                                   /s/ *Jeffrey A. Denner*
                                                   Jeffrey A. Denner