UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1.  JOHN WILLIS | ) | |
| 2.  BRANT WELTY | ) | CRIMINAL NO. 11-cr-10212-JLT |
| 8.  MICHAEL SHAW | ) | |
| 12. BRIDGET WELTY | ) | |
| | ) | |
| Defendants. | ) | |

**THIRD ORDER MODIFYING FORFEITURE RESTRAINING ORDER**
*(Assets of Minimal or Negative Value)*

TAURO, D.J.:

For the reasons set forth in the United States' Third Motion to Modify Forfeiture Restraining Order (*Assets of Minimal or Negative Value*), it is hereby ORDERED that:

(1) The following accounts, listed in paragraphs 2 e, f, and g, of the forfeiture Restraining Order dated May 27, 2011, are hereby released from restraint:

    e.    Citibank, N.A., Bank Account No. 9118178007, in the name of 9Five4 Nightclub Group, Inc.;

    f.    Bank of America, N.A., Account No. 009456972191, in the name of Brant Welty; and

    g.    Bank of America, N.A., Account No. 229036933786, in the name of Mike's Boat & Jet Ski Rental.

In all other respects, except as modified by this Court's previous orders dated August 17, 2011, and September 27, 2011, and this order, the forfeiture Restraining Order dated May 27, 2011, shall remain in full force and effect, pending further order of this Court.

SO ORDERED THIS __3__ DAY OF __June__, 2013,

_____
JOSEPH L. TAURO
United States District Judge