# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 1:11-cr-10212-JLT** |
| **JOHN WILLIS,** | |
| **Defendant.** | |

## NOTICE OF APPEAL

Defendant John Willis ("the defendant") hereby notifies this Honorable Court of his appeal to the United States Court of Appeals for the First Circuit of all issues arising from the sentencing in this matter. This Court sentenced the defendant to a term of imprisonment of 240 months following a sentencing hearing held before the Honorable Joseph L. Tauro on August 15, 2013. The Court entered its judgment and conviction order in this matter on August 21, 2013. The defendant appeals all issues arising from the sentencing hearing and the sentenced imposed by the Court.

Dated:  August 29, 2013

Respectfully submitted,
JOHN WILLIS,
By and through his attorneys,

/s/ Jeffrey A. Denner
_____
Jeffrey A. Denner, BBO#120520
Denner Pellegrino, LLP
Four Longfellow Place, Suite 3501
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562
jdenner@dennerpellegrino.com

**<u>Certificate of Service</u>**

I hereby certify that on August 29, 2013, I served a true and correct copy of the within document upon all parties of record via ECF.

/s/ Jeffrey A. Denner

_____