# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: USA v. John Willis

District Court Number: 1:11-CR-10212-JLT

---

Fee: Paid? Yes _x_  No ___   Government filer ___   *In Forma Pauperis* Yes ___  No ___

---

Motions Pending   Yes ___  No _x_
If yes, document # _____

Sealed documents   Yes _x_  No ___
If yes, document # 505, 506, 512, 513, 525

*Ex parte* documents   Yes _x_  No ___
If yes, document # 505, 506, 512, 513, 525

Transcripts   Yes _x_  No ___
If yes, document # 731

---

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent _x_   Other: ___

Appeal from:

#882

Other information:

---

I, Robert M. Farrell, Acting Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#882 & #897

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 897 filed on 8/29/2013.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/6/2013.

**ROBERT M. FARRELL**
Acting Clerk of Court

/s/Chris Danieli
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**