UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.   11-cr-10212-JLT |
| | ) | |
| 1.   JOHN WILLIS | ) | |
| 2.   BRANT WELTY | ) | |
| 3.   PETER MELENDEZ | ) | |
| 4.   AIBUN ENG | ) | |
| 5.   BRIAN BOWES | ) | |
| 6.   KEVIN BARANOWSKI | ) | |
| 7.   MICHAEL CLEMENTE | ) | |
| 12.  BRIDGET WELTY | ) | |
| 14.  COLBY DEERING | ) | |
| 15.  ANH NGUYEN | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER OF FORFEITURE

TAURO, D.J.:

WHEREAS, on June 5, 2013, on the United States' motion, and without opposition, this Court entered a Preliminary Order of Forfeiture (Docket No. 736) against the following property (hereafter, collectively, the "Preliminarily Forfeited Property") pursuant to 21 U.S.C. §§ 853(a)(1) & (2), 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c):

   a.  The Retail Package Store All Alcoholic Beverages License issued by the Commonwealth of Massachusetts Alcoholic Beverages Control Commission to Cru Wine & Spirits, Inc. ("Cru"), 1750-1752 Washington Street, Boston, Massachusetts, and all rights appertaining thereto, to the extent that such rights are forfeitable to the United States and transferable to another person by the United States pursuant to applicable federal, state, and local law and regulations, including, but not limited to, the physical license document which has been identified for forfeiture purposes as Asset Nos. 11-FBI-004540;

   b.  The inventory of wine and liquor seized from the 1750-1752 Washington Street, Boston, Massachusetts, premises of Cru, on or about May 27, 2011, which has been identified for forfeiture purposes as Asset No. 11-FBI-003952, and which is more fully described in Exhibit A attached to, and hereby incorporated in, this Order;

 c. Approximately $98,473.00 in United States currency, seized by the Ridgeland, South Carolina, Police Department from Michael Shaw and Defendant JOHN WILLIS (who falsely identified himself to police as Defendant BRANT WELTY) on or about February 10, 2011, on Route 95 in Ridgeland, South Carolina, turned over to the Drug Enforcement Administration for federal forfeiture, numbered for tracking purposes as Asset No. 11-DEA-543937, and claimed on or about April 20, 2011, by Michael Shaw via a false sworn statement submitted by Shaw to DEA Forfeiture Counsel;

 d. Approximately $42,940.00 in United States currency, seized by the Dillon, South Carolina, Police Department from Defendant JOHN WILLIS (who falsely identified himself to police as Defendant BRANT WELTY) and Defendant BRANT WELTY, on or about March 24, 2011, on Route 95 in Dillon, South Carolina, turned over to the Drug Enforcement Administration for federal forfeiture, numbered for tracking purposes as Asset No. 11-DEA-545304, and claimed on or about May 25, 2011, by Defendant BRANT WELTY via a sworn statement submitted by Defendant BRANT WELTY to DEA Forfeiture Counsel;

 e. the following firearms, ammunition, and accessories, collectively identified for tracking purposes as Asset ID No. 11-FBI-005041, seized on May 27, 2011, from the Wormwood Street, Dorchester, apartment occupied by Defendants BRANT WELTY and BRIDGET WELTY:

  <u>Handguns, some with ammunition and/or magazines</u>

  (1) Colt Diamondback .38 caliber revolver, s/n D19274, determined to be untraceable by the ATF National Tracing Center;

  (2) Glock Model 19, 9 mm. pistol, s/n TE664US, with magazine and 13 rounds of ammunition;

  (3) Interarms Walther PPKIS .380 caliber pistol, s/n 5076186;

  (4) LW Seecamp California Edition .32 caliber pistol, s/n 046642, with 6 round magazine;

  (5) Sig Sauer Model SP2340 pistol, s/n SP0012952, with 2 magazines containing 10 rounds each;

  (6) Smith & Wesson Model 640, .38 caliber revolver, s/n CEN4731;

  (7) Smith & Wesson Model 27, .357 caliber revolver, s/n N164836, reported stolen on about May 25, 2010, during a house break-in in Chester, Vermont;

  (8) Smith & Wesson Model 66, .357 caliber revolver, s/n 6K82887;

  (9) Smith & Wesson SW4OVE .40 caliber handgun, s/n RBT4168, with 2 magazines containing 10 rounds each, reported stolen on about October 19, 2010, from a residence in Stoneham, Massachusetts;

### Other Firearms

  (10) Remington Model 870 12-gauge Shotgun, s/n A740380M;

  (11) DPMS Panther Arms A-15 Model rifle, s/n N0005955, with one magazine;

  (12) Uzi Model B 9 mm. rifle, s/n 65661, with 4 magazines, bag, and barrel;

### Other Ammunition

  (13) 75 rounds of .32 caliber ammunition;

  (14) 2 boxes of Wolf brand .223 caliber rounds, totaling 40 rounds;

  (15) 270 rounds of .38 caliber ammunition;

  (16) 63 rounds of .357 caliber ammunition;

  (17) 4 rounds of .40 caliber ammunition;

  (18) 93 rounds of .40 caliber ammunition;

  (19) 80 rounds of .380 caliber ammunition; and

  (20) 138 Rounds of 9 mm. ammunition;

f. US Armor body armor, s/n BA-US-61797003, reported stolen from a federal agent in Boston, and seized on May 27, 2011, from the Wormwood Street, Dorchester, apartment occupied by Defendants BRANT WELTY and BRIDGET WELTY;

g. the following watches and jewelry seized on May 27, 2011, from the Wormwood Street, Dorchester, apartment occupied by Defendants BRANT WELTY and BRIDGET WELTY, and collectively identified for tracking purposes as Asset ID No. 11-FBI-004758:

  (1) Men's gold-tone Movado watch;

  (2) Men's 14k yellow gold overlay stainless steel Omega watch, Constellation model;

  (3) Men's stainless steel Baume & Mercier watch, Copeland Sport model 65366, s/n 5270762;

  (4) Men's stainless steel Tag Heuer watch with 11 single-cut diamond dot markers, model WJ1114-0, s/n YP7640;

  (5) Men's stainless steel Tag Heuer watch, model CT1110, s/n MZ9436;

  (6) Men's stainless steel & 18k yellow gold 8" bracelet; and

  (7) Ladies' 18k yellow gold cluster ring, with 10 full-cut diamonds and 1 dark blue sapphire;

h. Black 2005 American IronHorse Motorcycle, Massachusetts Registration No. 9X6771, VIN 5L5SJ144X51000005, identified for tracking purposes as Asset ID No. 11-FBI-004519;

i. Various pieces of jewelry seized on or about May 27, 2011, from the Dorchester apartment occupied by Defendants JOHN WILLIS and ANH NGUYEN, collectively identified for tracking purposes as included in Asset ID No. 11-FBI-004487 (which also includes other items which are not being forfeited):

  (1) Rhodium plated 14KYG ring set - 10 princess cut & 16 marquise cut diamonds (also described as 14 kt. White gold ring mounting with 14kt. Yellow gold center holding .05 princess cut diamonds);

  (4) Stainless steel gent's watch Aeromarine Super Avenger watch w/Breitling movement (also described as Breitling stainless steel watch with 129 diamonds equaling 2.58 ct. and 351 diamonds equaling 3 ct.);

  (5) Rodium plated 14KRG bracelet with 264 princess cut and 94 rd diamonds (also described as 14kt. White gold and diamond bracelet with a total of 22.70 ct.);

  (6) Gents 14KWG ring with 84 princess cut and channel set with 36 rbc diamonds (also described as 14kt. Gold ring holding 84 princess cut diamonds each .04 ct.);

  (7) Stainless steel lady's [*possibly counterfeit*] Tag Heuer Aquaracer quartz watch (also described as Stainless steel Tag Heuer watch with ½ pt. diamond markers and 42 full cut diamonds 1 and ½ pt. each.); and

(8)     Stainless steel Rolex Oyster Perpetual Datejust watch w/12 round cut diamonds (also described as Rolex watch with 12 single cut round diamonds .01 pts. each);

j.     Yamaha Jet Ski, Florida Registration No. MS9286AW, VIN or S/N YAMA2946A606, seized on or about May 27, 2011, from the 2490 NE 23rd Court, Pompano Beach, Florida, home rented for Defendant JOHN WILLIS in the name of co-conspirator Peter Melendez (hereafter, the "Pompano Beach home") and identified for tracking purposes as Asset ID No. 11-FBI-3912;

k.     Seized Items Nos. 1B13 and 1B14 (seized on May 27, 2011, from defendant Brian Bowes incident to his arrest in Florida): Glock Semi-Auto 9 mm. Handgun Model 26, S/N: KPE731, a firearms magazine with 8 rounds of .40 caliber ammunition, and 9 rounds of 9 mm. ammunition;

l.     Seized Items Nos. 1B68 and 1B69 (seized on May 27, 2011, from the Pompano Beach home): Sig Sauer P226 .40 caliber pistol, S/N: UU613193 and two (2) Sig Sauer .40 caliber magazines with 24 Rounds of ammunition;

m.     Seized Items Nos. 1B72, 1B73, 1B75, and 1B78 (seized on May 27, 2011, from the Pompano Beach home): a total of approximately $2,026.00 in U.S. Currency (comprising Items 1B72 ($25.00), 1B73 ($1200.00), 1B75 ($254.00), and 1B78 ($547.00));

n.     Seized Item No. 1B94 (seized on May 27, 2011, during the search of the Park Street, Dorchester, apartment occupied by John Willis and Anh Nguyen): Various watches and jewelry including:

(1)     One woman's platinum band ring with approximate 3k round diamond stone;

(2)     One woman's white gold ring with approximately 1k in diamonds imbedded in band;

(3)     One diamond encrusted necklace with two solitaire diamond pendants;

(4)     One diamond earring;

(5)     One silver and diamond colored hoop earring;

(6)     One pair of diamond and sapphire colored earrings;

(7)     One woman's clustered diamond ring;

(8)     One woman's 2k diamond ring with diamond chip band;

        (9)       One man's black and silver Invicta 1959 Diver watch with inscription on the back: "Between the devil and the deep blue sea come hell or high water";

        (10)     One man's black strapped with diamond face "Hublot" watch with inscription on the back "BigBang" and the number "301RX";

        (11)     One man's Jacob and Co. watch with black strap and diamond face, which shows time for multiple time zones);

        (12)     One man's Breitling silver strap watch with black face;

        (13)     One woman's Skagen watch with silver strap and silver face;

        (14)     One man's silver colored bracelet (looks like bicycle chain); and

        (15)     One man's silver colored necklace (looks like bicycle chain);

o.     Seized Item 1B118 (seized on May 27, 2011, from the Wormwood Street apartment occupied by Brant Welty and Bridget Welty):   $500 in U.S. Currency;

p.     Unnumbered item seized on May 27, 2011, from the Wormwood Street apartment occupied by Brant Welty and Bridget Welty:   31-round 9 mm. magazine with one (1) round of 9 mm. ammunition;

q.     A total of approximately $979.25 in U.S. Currency, comprising seized Items 1B154, 1B55, 1B56, IB157, and 1B396, seized on May 27, 2011, from the premises of Cru Wine & Spirits, Inc.; and

r.     The white 2000 Honda Odyssey, Massachusetts Registration No. N19060, VIN 2HKRL1866YH590541, seized from Aibun Eng on about May 27, 2011;

WHEREAS, thereafter, the United States duly published notice of the Preliminary Order of Forfeiture on the government's official internet forfeiture website, www.forfeiture.gov;

WHEREAS, the government also sent direct notice of the Preliminary Order of Forfeiture, either directly, or through attorneys, or both, to Defendants and to all other persons known to the government to have potential claims to any of the Preliminarily Forfeited Property, and where notice by certified mail was returned, the notices were re-sent by regular mail;

WHEREAS, the government also took additional steps to ensure that notice was provided

to the persons and federal investigative agency from which some of the Preliminarily Forfeited Property had been stolen (i.e., two of the firearms and the body armor found in Brant and Bridget Welty's apartment);

WHEREAS, the person from whom one of the firearms (a Smith & Wesson SW4OVE .40 caliber handgun, s/n RBT4168, with 2 magazines containing 10 rounds each) was stolen in Stoneham, Massachusetts, did not respond to the government's repeated notices;

WHEREAS, the person from whom the other stolen firearm (a Smith & Wesson Model 27, .357 caliber revolver, s/n N164836), was stolen in Chester, Vermont, assigned his claim to Vermont Mutual Insurance Company, which had compensated him for the loss, and which submitted a claim for return of the firearm;

WHEREAS the stolen Smith & Wesson Model 27, .357 caliber revolver, s/n N164836, will therefore be returned to Vermont Mutual Insurance Company pursuant to this Order;

WHEREAS, the stolen body armor has been claimed by, and will be returned, pursuant to this Order, to the Department of Homeland Security/Homeland Security Investigations, in Pennsylvania;

WHEREAS, in connection with the sentencing of Defendant Anh Nguyen, the government agreed to return certain jewelry (*i.e.*, eight of the items comprising Seized Asset No. 11-FBI-007962) to Ms. Nguyen:  (1) One woman's platinum band ring with approximate 3k round diamond stone; (2) One woman's white gold ring with approximately 1k in diamonds imbedded in band; (3) One diamond encrusted necklace with two solitaire diamond pendants; (4) One diamond earring; (5) One silver and diamond colored hoop earring; (6) One pair of diamond and sapphire colored earrings; (7) One woman's clustered diamond ring; (8) One woman's 2k diamond ring with diamond chip band;

WHEREAS, the FBI has returned these eight items to Anh Nguyen, and they will not be forfeited;

WHEREAS, according to the United States Marshals Service, the liquor license formerly held by CRU Wine & Spirits, Inc., has expired, and any rights that CRU may have had in the license have been determined to have no current value;

WHEREAS, the CRU liquor license will therefore not be forfeited;

WHEREAS, all proper claims to the Preliminarily Forfeited Property will thus be satisfied;

WHEREAS, no other claims have been filed, and all of the applicable deadlines for contesting forfeiture of the Preliminarily Forfeited Property have expired;

WHEREAS, it is now appropriate for this Court to enter a Final Order of Forfeiture as to the remainder of the Preliminarily Forfeited Property, as set forth below, and the United States has moved for entry of such an order;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for Final Order of Forfeiture is allowed.

2. The Court finds, pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure that one or more of the Defendants had interests in all of the Preliminarily Forfeited Property.

3. Accordingly, the following property (the "**Forfeited Property**") is hereby forfeited to the United States of America pursuant to 21 U.S.C. §§ 853(a)(1) & (2), 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure(c):

    b. The inventory of wine and liquor seized from the 1750-1752 Washington Street, Boston, Massachusetts, premises of Cru, on or about May 27, 2011, which has been identified for forfeiture purposes as Asset No. 11-FBI-003952, and which is more

        fully described in Exhibit A attached to, and hereby incorporated in, this Order;c. Approximately $98,473.00 in United States currency, seized by the Ridgeland, South Carolina, Police Department from Michael Shaw and Defendant JOHN WILLIS (who falsely identified himself to police as Defendant BRANT WELTY) on or about February 10, 2011, on Route 95 in Ridgeland, South Carolina, turned over to the Drug Enforcement Administration for federal forfeiture, numbered for tracking purposes as Asset No. 11-DEA-543937, and claimed on or about April 20, 2011, by Michael Shaw via a false sworn statement submitted by Shaw to DEA Forfeiture Counsel;

d.     Approximately $42,940.00 in United States currency, seized by the Dillon, South Carolina, Police Department from Defendant JOHN WILLIS (who falsely identified himself to police as Defendant BRANT WELTY) and Defendant BRANT WELTY, on or about March 24, 2011, on Route 95 in Dillon, South Carolina, turned over to the Drug Enforcement Administration for federal forfeiture, numbered for tracking purposes as Asset No. 11-DEA-545304, and claimed on or about May 25, 2011, by Defendant BRANT WELTY via a sworn statement submitted by Defendant BRANT WELTY to DEA Forfeiture Counsel;

e.     the following firearms, ammunition, and accessories, collectively identified for tracking purposes as Asset ID No. 11-FBI-005041, 11-FBI-007975, and/or 11-FBI-007976, seized on May 27, 2011, from the Wormwood Street, Dorchester, apartment occupied by Defendants BRANT WELTY and BRIDGET WELTY:

        Handguns, some with ammunition and/or magazines

(1)     Colt Diamondback .38 caliber revolver, s/n D19274, determined to be untraceable by the ATF National Tracing Center;

(2)     Glock Model 19, 9 mm. pistol, s/n TE664US, with magazine and 13 rounds of ammunition;

(3)     Interarms Walther PPKIS .380 caliber pistol, s/n 5076186;

(4)     LW Seecamp California Edition .32 caliber pistol, s/n 046642, with 6 round magazine;

(5)     Sig Sauer Model SP2340 pistol, s/n SP0012952, with 2 magazines containing 10 rounds each;

(6)     Smith & Wesson Model 640, .38 caliber revolver, s/n CEN4731;

(8)     Smith & Wesson Model 66, .357 caliber revolver, s/n 6K82887;

(9)     Smith & Wesson SW4OVE .40 caliber handgun, s/n RBT4168, with 2

    magazines containing 10 rounds each, reported stolen on about October 19, 2010, from a residence in Stoneham, Massachusetts;

### Other Firearms

  (10) Remington Model 870 12-gauge Shotgun, s/n A740380M;

  (11) DPMS Panther Arms A-15 Model rifle, s/n N0005955, with one magazine;

  (12) Uzi Model B 9 mm. rifle, s/n 65661, with 4 magazines, bag, and barrel;

### Other Ammunition

  (13) 75 rounds of .32 caliber ammunition;

  (14) 2 boxes of Wolf brand .223 caliber rounds, totaling 40 rounds;

  (15) 270 rounds of .38 caliber ammunition;

  (16) 63 rounds of .357 caliber ammunition;

  (17) 4 rounds of .40 caliber ammunition;

  (18) 93 rounds of .40 caliber ammunition;

  (19) 80 rounds of .380 caliber ammunition; and

  (20) 138 Rounds of 9 mm. ammunition;

g. the following watches and jewelry seized on May 27, 2011, from the Wormwood Street, Dorchester, apartment occupied by Defendants BRANT WELTY and BRIDGET WELTY, and collectively identified for tracking purposes as Asset ID No. 11-FBI-004758:

  (1) Men's gold-tone Movado watch;

  (2) Men's 14k yellow gold overlay stainless steel Omega watch, Constellation model;

  (3) Men's stainless steel Baume & Mercier watch, Copeland Sport model 65366, s/n 5270762;

  (4) Men's stainless steel Tag Heuer watch with 11 single-cut diamond dot markers, model WJ1114-0, s/n YP7640;

    (5)    Men's stainless steel Tag Heuer watch, model CT1110, s/n MZ9436;

    (6)    Men's stainless steel & 18k yellow gold 8" bracelet; and

    (7)    Ladies' 18k yellow gold cluster ring, with 10 full-cut diamonds and 1 dark blue sapphire;

h.    Black 2005 American IronHorse Motorcycle, Massachusetts Registration No. 9X6771, VIN 5L5SJ144X51000005, identified for tracking purposes as Asset ID No. 11-FBI-004519;

i.    Various pieces of jewelry seized on or about May 27, 2011, from the Dorchester apartment occupied by Defendants JOHN WILLIS and ANH NGUYEN, collectively identified for tracking purposes as included in Asset ID No. 11-FBI-004487 (which also includes other items which are not being forfeited):

    (1)    Rhodium plated 14KYG ring set - 10 princess cut & 16 marquise cut diamonds (also described as 14 kt. White gold ring mounting with 14kt. Yellow gold center holding .05 princess cut diamonds);

    (4)    Stainless steel gent's watch Aeromarine Super Avenger watch w/Breitling movement (also described as Breitling stainless steel watch with 129 diamonds equaling 2.58 ct. and 351 diamonds equaling 3 ct.);

    (5)    Rodium plated 14KRG bracelet with 264 princess cut and 94 rd diamonds (also described as 14kt. White gold and diamond bracelet with a total of 22.70 ct.);

    (6)    Gents 14KWG ring with 84 princess cut and channel set with 36 rbc diamonds (also described as 14kt. Gold ring holding 84 princess cut diamonds each .04 ct.);

    (7)    Stainless steel lady's [*possibly counterfeit*] Tag Heuer Aquaracer quartz watch (also described as Stainless steel Tag Heuer watch with ½ pt. diamond markers and 42 full cut diamonds 1 and ½ pt. each.); and

    (8)    Stainless steel Rolex Oyster Perpetual Datejust watch w/12 round cut diamonds (also described as Rolex watch with 12 single cut round diamonds .01 pts. each);

j.    Yamaha Jet Ski, Florida Registration No. MS9286AW, VIN or S/N YAMA2946A606, seized on or about May 27, 2011, from the 2490 NE 23rd Court, Pompano Beach, Florida, home rented for Defendant JOHN WILLIS in the name of co-conspirator Peter Melendez (hereafter, the "Pompano Beach home") and

      identified for tracking purposes as Asset ID No. 11-FBI-3912;

k.     Seized Items Nos. 1B13 and 1B14 (seized on May 27, 2011, from defendant Brian Bowes incident to his arrest in Florida):  Glock Semi-Auto 9 mm. Handgun Model 26, S/N: KPE731, a firearms magazine with 8 rounds of .40 caliber ammunition, and 9 rounds of 9 mm. ammunition, collectively identified for tracking purposes as Asset ID No. 11-FBI-007961 and 11-FBI-007973;

l.     Seized Items Nos. 1B68 and 1B69 (seized on May 27, 2011, from the Pompano Beach home):  Sig Sauer P226 .40 caliber pistol, S/N: UU613193 and two (2) Sig Sauer .40 caliber magazines with 24 Rounds of ammunition, collectively identified for tracking purposes as Asset ID No. 11-FBI-007963 and 11-FBI-007972;

m.     Seized Items Nos. 1B72, 1B73, 1B75, and 1B78 (seized on May 27, 2011, from the Pompano Beach home):  a total of approximately $2,026.00 in U.S. Currency (comprising Items 1B72 ($25.00), 1B73 ($1200.00), 1B75 ($254.00), and 1B78 ($547.00)), collectively identified for tracking purposes as Asset ID No. 11-FBI-007964;

n.     Seized Item No. 1B94 (seized on May 27, 2011, during the search of the Park Street, Dorchester, apartment occupied by John Willis and Anh Nguyen):  Various watches and jewelry including the following, collectively identified for tracking purposes as items (9) through (15) of Asset ID No. 11-FBI-7962:

    (9)     One man's black and silver Invicta 1959 Diver watch with inscription on the back: "Between the devil and the deep blue sea come hell or high water";

    (10)     One man's black strapped with diamond face "Hublot" watch with inscription on the back "BigBang" and the number "301RX";

    (11)     One man's Jacob and Co. watch with black strap and diamond face, which shows time for multiple time zones);

    (12)     One man's Breitling silver strap watch with black face;

    (13)     One woman's Skagen watch with silver strap and silver face;

    (14)     One man's silver colored bracelet (looks like bicycle chain); and

    (15)     One man's silver colored necklace (looks like bicycle chain);

o.     Seized Item 1B118 (seized on May 27, 2011, from the Wormwood Street apartment occupied by Brant Welty and Bridget Welty):  $500 in U.S. Currency, collectively identified for tracking purposes as Asset ID No. 11-FBI-007965;

  p.  Unnumbered item seized on May 27, 2011, from the Wormwood Street apartment occupied by Brant Welty and Bridget Welty: 31-round 9 mm. magazine with one (1) round of 9 mm. ammunition, collectively identified for tracking purposes as Asset ID No. 11-FBI-007966;

  q.  A total of approximately $979.25 in U.S. Currency, comprising seized Items 1B154, 1B55, 1B56, IB157, and 1B396, seized on May 27, 2011, from the premises of Cru Wine & Spirits, Inc., collectively identified for tracking purposes as Asset ID No. 11-FBI-007967; and

  r.  The white 2000 Honda Odyssey, Massachusetts Registration No. N19060, VIN 2HKRL1866YH590541, seized from Aibun Eng on about May 27, 2011, identified for tracking purposes as Asset ID No. 11-FBI-007944.

  3.  All other persons having any right, title, or interest in the **Forfeited Property** are hereby held in default.

  4.  The United States is hereby authorized to dispose of the **Forfeited Property** in accordance with applicable law.

  5.  For the reasons set forth in this Order, the United States shall return certain of the Preliminarily Forfeited Property, which has not been forfeited finally by this Order, as set forth below.

  (A)  The United States shall return the Smith & Wesson Model 27, .357 caliber revolver, s/n N164836, reported stolen on about May 25, 2010, during a house break-in in Chester, Vermont, to Vermont Mutual Insurance Company, 89 State Street, P.O. Box 369, Montpelier, Vermont 05601-0369.

(B)   The United States shall return the US Armor body armor, s/n BA-US-61797003, reported stolen from a federal agent in Boston, and seized on May 27, 2011, from the Wormwood Street, Dorchester, apartment occupied by Defendants BRANT WELTY and BRIDGET WELTY, to Department of Homeland Security, Homeland Security Investigations, 220 Chestnut Street, Suite 200, Philadelphia, PA 19106.

DONE AND ORDERED in Boston, Massachusetts, this \_\_\_\_\_ day of November, 2013.

_____
JOSEPH L. TAURO
United States District Judge