# EXHIBIT A: Inventory of Seized Wine and Spirits

|  | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 1 | Red Tree | 6 | | | | 2009 | 750 |
| 2 | Wicked Good Red | 10 | | | | | 750 |
| 3 | Le Grand Pinot Noir | 3 | | | | | 750 |
| 4 | Leese-Fitch | 7 | | Pinot Noir | | 2008 | 750 |
| 5 | Grayson Cellars | 8 | | Pinot Noir | | 2009 | 750 |
| 6 | Block Nine | 3 | Caiden Vineyard | | | 2009 | 750 |
| 7 | Samantha Star | 12 | | Pinot Noir | | 2008 | 750 |
| 8 | 90+ Cellars | 11 | | Pinot Noir | | | 750 |
| 9 | Deloach | 13 | | Pinot Noir | | 2009 | 750 |
| 10 | Italo Ces Con | 11 | | Pinot Noir | | | 750 |
| 11 | Firesteed | 11 | | | Oregon | 2008 | 750 |
| 12 | A to Z | 3 | | Pinot Noir | Oregon | | 750 |
| 13 | Rodney Srong | 6 | Esatae Vineyard | | | 2009 | 750 |
| 14 | Le Crema | 7 | | | Sonoma | 2009 | 750 |
| 15 | King Estate | 8 | | | Oregon | 2009 | 750 |
| 16 | Ampelos | 1 | | | | 2005 | 750 |
| 17 | Boom Boom | 5 | | | | 2008 | 750 |
| 18 | Line 39 | 11 | | Petite Shirah | | | 750 |
| 19 | Concannon | 12 | | Petite Shirah | | 2008 | 750 |
| 20 | Lost Angel | 1 | | | | 2006 | 750 |
| 21 | Terranoble | 5 | | Merlot | | 2009 | 750 |
| 22 | Cellar No 8 | 2 | | Merlot | | 2008 | 750 |
| 23 | Grayson Cellars | 7 | Lot 6 | Merlot | | 2008 | 750 |
| 24 | Leese-Fitch | 12 | | Merlot | | 2008 | 750 |
| 25 | Pavilon Croosing | 14 | | Merlot | | | 750 |
| 26 | Velevet Devil | 12 | | Merlot | | 2009 | 750 |
| 27 | Sterling Vineyards | 10 | | Merlot | | 2006 | 750 |
| 28 | Cellar No 8 | 5 | | Zinfandel | | 2008 | 750 |
| 29 | Gnarly Head | 5 | | Oldvine Zin | | 2009 | 750 |
| 30 | Grayson Cellars | 10 | Lot 12 | Zinfandel | | 2008 | 750 |
| 31 | Ravens Wood | 4 | | Vintneus Blend | | 2008 | 750 |
| 32 | Zen of Zin | 6 | | | | 2008 | 750 |
| 33 | Four Vines | 7 | | Zinfandel | | 2008 | 750 |
| 34 | Rodney Srong | 7 | | Zinfandel | | 2008 | 750 |
| 35 | Sonoma | 7 | Seprisio | Zinfandel | | 2008 | 750 |
| 36 | Casillero Del Dzablo | 8 | | Merlot | | 2009 | 750 |
| 37 | Cellar No 8 | 6 | | Cab Sav | | 2008 | 750 |
| 38 | Casillero Del Dzablo | 15 | | Chardonnay | | 2009 | 750 |
| 39 | Grayson Cellars | 12 | | Cab Sav | | 2009 | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

|    | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|----|------|----------|-----------|-------|--------|------|------|
| 40 | Cupcake Vineyards | 2 | | Cab Sav | | 2009 | 750 |
| 41 | Lost Angel | 12 | Mischief Central Coast | Cab Sav | | 2006 | 750 |
| 42 | Mandolin | 12 | Central Coast | Cab Sav | | 2008 | 750 |
| 43 | The Show | 1 | | Cab Sav | | 2007 | 750 |
| 44 | Clayhouse Vineyard | 6 | | Cab Sav | | 2007 | 750 |
| 45 | J. Lohr | 1 | Seven Oaks | | | 2008 | 750 |
| 46 | Sean Minor | 5 | 4B | | | 2007 | 750 |
| 47 | Chateau Smith | 1 | Columbia Valley | | Washington | 2007 | 750 |
| 48 | Rodney Srong | 1 | Alexander Valley | Cab Sav | | 2008 | 750 |
| 49 | Justin | 5 | | Cab Sav | | 2008 | 750 |
| 50 | Sterling Vineyards | 2 | Napa Valley | Cab Sav | | 2007 | 750 |
| 51 | Caymus Vineyards | 1 | Napa Valley | Cab Sav | | 2008 | 750 |
| 52 | Silver Oak | 2 | | Cab Sav | | 2005 | 750 |
| 53 | Root 1 | 5 | | Sav Blanc | | | 750 |
| 54 | Reseva Estate | 4 | Santa Rita | | | | 750 |
| 55 | Casillero Del Dzablo | 9 | | Carmenere | | 2009 | 750 |
| 56 | Secreto de Viv Manent | 4 | | | | 2009 | 750 |
| 57 | Viu Manent Reserva | 3 | | Carmenere | | 2009 | 750 |
| 58 | Terranoble | 8 | | Cab Sav | | 2009 | 750 |
| 59 | Casillero Del Dzablo | 9 | | Cab Sav | | 2010 | 750 |
| 60 | Santa Rita Reserva | 1 | | Cab Sav | | 2008 | 750 |
| 61 | Viu Manent Reserva | 3 | | Cab Sav | | 2008 | 750 |
| 62 | Viu Manent Estate | 8 | Malbec | | | 2009 | 750 |
| 63 | La Posta Bonarda | 3 | Estela Armansdo Vineyard | | | 2008 | 750 |
| 64 | 90+ Old Vine | 12 | Malbec | | | 2009 | 750 |
| 65 | Conquista | 2 | Argentina | Malbec | | 2010 | 750 |
| 66 | Maipe | 2 | | Malbec | | 2009 | 750 |
| 67 | Terra Rosa | 7 | Old Vine | Malbec | | 2008 | 750 |
| 68 | Colores Del Sol | 7 | | Malbec | | 2009 | 750 |
| 69 | Argento | 7 | Mendoza | Malbec | | 2009 | 750 |
| 70 | Crios De Susanabalbo | 11 | | Malbec | | 2009 | 750 |
| 71 | Catena | 1 | | Malbec | | 2008 | 750 |
| 72 | Kung Fu Girl | 12 | | Riesling | | 2010 | 750 |
| 73 | Moet and Chandon | 18 | | Champagne | | | 750 |
| 74 | Sangiouesse Di Maio | 24 | | | | 2009 | 750 |
| 75 | Urban Reiesling | 12 | | Riesling | | 2009 | 750 |
| 76 | Muga Riosa | 24 | | Rose Wine | | | 750 |
| 77 | 90 + | 7 | Lot 2 | Sov Blanc | | 2010 | 750 |
| 78 | Dekuyper Triple Sec | 9 | | | | | 750 |
| 79 | Dekuyper Peach Tree | 5 | | | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

|  | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 80 | Dekuyper Crème De Cocoa | 8 | | | | | 750 |
| 81 | Dekuyper Blue Curacao | 3 | | | | | 750 |
| 82 | Dekuyper Crème De Menthe | 5 | | | | | 750 |
| 83 | Alize Wild Passion | 2 | Cognac | | | | 750 |
| 84 | Alize Gold Passion | 2 | Cognac | | | | |
| 85 | Man Vintners | 40 | | Cab Sav | | | 3 liters |
| 86 | Cream Vanilla | 11 | Alcohol infused whipped cream | | | | |
| 87 | Cream Caramel | 15 | Alcohol infused whipped cream | | | | |
| 88 | Grande Archeche | 2 | | Chardonnay | | 2007 | 750 |
| 89 | Chateau Ducasse | 4 | | Bordeaux | | 2009 | 750 |
| 90 | Sancerre | 4 | White Table Wine | | | 2009 | 750 |
| 91 | Dom Brisnet | 1 | | Pinot Nior | | 2008 | 750 |
| 92 | Gerard Betrand | 4 | | Pinot Nior | | 2009 | 750 |
| 93 | Louis Latous | 10 | | Pinot Nior | | 2009 | 750 |
| 94 | Louis Jadot | 10 | Bosgogne | Pinot Nior | | 2008 | 750 |
| 95 | 90 Cellars | 6 | French Infusion | Syrah | | 2008 | 750 |
| 96 | Georges DuBoeuf | 9 | | Nouveau | | 2010 | 750 |
| 97 | Beaujolais Vallages/Louis Jad | 2 | | Red Burgangdy | | 2009 | 750 |
| 98 | Chateau deLa Chaize | 9 | | | | 2008 | 750 |
| 99 | Cotes Du Rhone, Michael Pic | 5 | | | | 2009 | 750 |
| 100 | 90 Cellars | 12 | Lot 30 | Cote du Rhone | | 2009 | 750 |
| 101 | Louis Bernanrd | 1 | | Cote du Rhone | | 2009 | 750 |
| 102 | Chateau Haught | 11 | | Bordeaux | | 2007 | 750 |
| 103 | Chateau La Freynelle | 3 | | Merlot | | 2007 | 750 |
| 104 | Chateau Bellevune Rougier | 8 | | Bordeaux | | 2007 | 750 |
| 105 | Chateau St Martin | 10 | | Red Wine | | 2008 | 750 |
| 106 | Ruffino Orvieto Classico | 6 | | | | 2009 | 750 |
| 107 | Cielo | 8 | | Pinot Girgio | | 2009 | 750 |
| 108 | Mezzacosona | 1 | | Pinot Girgio | | 2009 | 750 |
| 109 | Prendo | 7 | | Pinot Girgio | | 2009 | 750 |
| 110 | di Lenardo | 2 | | Pinot Girgio | | 2009 | 750 |
| 111 | Cote Pitora | 7 | | Pinot Girgio | | 2009 | 750 |
| 112 | Kris | 9 | | Pinot Girgio | | 2009 | 750 |
| 113 | Livio Felluga | 5 | | Pinot Girgio | | 2008 | 750 |
| 114 | Kris | 8 | | Pinot Nior | | 2009 | 750 |
| 115 | Italo Ces Con | 13 | | Pinot Nero | | 2009 | 750 |
| 116 | Farnese MontepulcianoD'ab | 13 | | | | 2009 | 750 |
| 117 | Montepulciano D'Abruzzo | 2 | Capestrano | | | | 750 |
| 118 | Amarone | 1 | Allegrini Classico | | | 2006 | 750 |
| 119 | Valpolicella | 8 | Allegrini | | | 2009 | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 120 | Vitiano | 14 | | Cab Sav Merlot | | 2008 | 750 |
| 121 | Sangiovese | 13 | | Dry Red Wine | | 2009 | 750 |
| 122 | Santa Christina | 4 | Toscana Sangiovese | | | 2008 | 750 |
| 123 | Ruffino | 5 | | Chianti | | 2009 | 750 |
| 124 | Falchini | 14 | Colli Sensi | Chianti | | 2008 | 750 |
| 125 | Vignamaggio | 13 | Classico | Chianti | | 2007 | 750 |
| 126 | Brunello di Montalcino | 1 | Sangivese | | | 2004 | 750 |
| 127 | Banfli Riserva | 9 | Classico | Chianti | | 2007 | 750 |
| 128 | Nipozzano Riveria | 9 | Rufina | Chianti | | 2007 | 750 |
| 129 | Ruffino Riserva Ducale | 7 | | Chianti | | 2006 | 750 |
| 130 | Altesimo Brumello di Monalc | 1 | Vendemmio | | | 2004 | 750 |
| 131 | Pares Batta | 12 | Blanc de Pasca | | | 2009 | 750 |
| 132 | Sangre de Toro | 3 | | Red Wine | | 2008 | 750 |
| 133 | Monte Oton | 5 | | | | 2009 | 750 |
| 134 | La Rocas de Sam Alejandro | 6 | | Red Wine | | 2008 | 750 |
| 135 | Etim Seleccion | 8 | | | | 2006 | 750 |
| 136 | Zesto Vinos de Madrid | 4 | | | | 2008 | 750 |
| 137 | Mejia Rioja | 8 | | | | 2010 | 750 |
| 138 | Campo Viejo Rioja Crianaza | 4 | | | | 2007 | 750 |
| 139 | Marques de Caceres Crianza | 10 | | | | 2006 | 750 |
| 140 | Volver | 2 | | | | 2008 | 750 |
| 141 | Castell del Remei Gotim Bru | 14 | | | | 2008 | 750 |
| 142 | Las Renas Monastrell | 7 | Bullas | | | 2010 | 750 |
| 143 | Las Renas Barrica | 5 | Monastrell | | | 2008 | 750 |
| 144 | Tarima Monastrell | 9 | | | | | 750 |
| 145 | Monastrell/5 | 2 | | | | | 750 |
| 146 | Uramos | 9 | | Red | Greek | 2007 | 750 |
| 147 | Notios | 12 | | Red | Greek | 2009 | 750 |
| 148 | Veriki | 7 | | White | Greek | 2009 | 750 |
| 149 | Samos Muscat | 10 | | White | Greek | | 750 |
| 150 | Wildekrans | 7 | | Pinotage | S African | 2008 | 750 |
| 151 | Robertson Winery | 5 | | Pinotage | S African | 2009 | 750 |
| 152 | Railroad | 11 | | Red | S African | 2008 | 750 |
| 153 | Robertson Winery | 12 | | Chardonnay | S African | 2008 | 750 |
| 154 | Robertson Chenin | 12 | | Blanc | S African | 2009 | 750 |
| 155 | Periquita | 5 | | Red | Portugal | 2007 | 750 |
| 156 | Grinalda Vinho Verde | 13 | | White | Portugal | 2009 | 750 |
| 157 | Casa de Vila Verde | 6 | | White | Portugal | 2009 | 750 |
| 158 | Trinbach | 5 | | Riesling | France` | 2008 | 750 |
| 159 | Dr Hermann | 7 | | Riesling | Germany | 2008 | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|---|
| 160 | Mosel Urban | 5 | | | Riesling | Germany | 2009 | 750 |
| 161 | Nahe | 4 | | | Riesling | Germany | 2009 | 750 |
| 162 | Mosel Valley Cupcake | 6 | | | Riesling | Germany | | 750 |
| 163 | Relax | 1 | | | Riesling | Germany | 2009 | 750 |
| 164 | Ockfener Scharzberg | 1 | | | Riesling | Germany | 2009 | 750 |
| 165 | JJ Muller | 1 | | | Riesling | Germany | 2009 | 750 |
| 166 | Trimbach Gewurtztraminer | 6 | | | | France` | 2007 | 750 |
| 167 | Fetish The Watcher | 5 | | | Shiraz | Austrailia | | 750 |
| 168 | d'Arenburg McLavvren | 12 | | Vale a'Arry's | | | 2005 | 750 |
| 169 | d'Arenburg McLavvren | 2 | | "the Footbolt" | Shiraz | Austrailia | 2008 | 750 |
| 170 | Layer Cake | 2 | | | Shiraz | South Austrailia | 2009 | 750 |
| 171 | 2 Up | 6 | | | Shiraz | South Austrailia | 2008 | 750 |
| 172 | The Wishing Tree | 2 | | | Shiraz | Austrailia | 2007 | 750 |
| 173 | 90+ Cellars | 8 | | | Shiraz Voignier | Austrailia | 2008 | 750 |
| 174 | Jim Jim | 9 | | The Down Underdog | Shiraz | South Austrailia | 2008 | 750 |
| 175 | The Stump Jump | 10 | | | Shiraz | Austrailia | 2009 | 750 |
| 176 | Penfolds Rawsons Retreat | 12 | | | Shiraz Cab | Austrailia | 2009 | 750 |
| 177 | Nepenthe Tryst | 14 | | | Cab Sav | South Austrailia | 2006 | 750 |
| 178 | 90+ Cellars | 6 | | | Chardonnay | Austrailia | 2009 | 750 |
| 179 | Durnberg Select | 7 | | | | Austrailia | 2008 | 750 |
| 180 | Hugo Gruner Veltliner | 2 | | | | Austria | 2009 | 750 |
| 181 | Nepenthe Tryst | 1 | | | Sav Blanc | Austrailia | 2007 | 750 |
| 182 | The Stump Jump | 5 | | Vintage | Chardonnay | Austrailia | 2007 | 750 |
| 183 | Giesen Marlbourough | 9 | | | Sav Blanc | New Zealand | 2009 | 750 |
| 184 | Allan Scott | 11 | | | Sav Blanc | New Zealand | 2010 | 750 |
| 185 | 90+ Cellars | 11 | | | Sav Blanc | New Zealand | 2010 | 750 |
| 186 | 90+ Cellars | 8 | | | Pinot Grigio | | 2009 | 750 |
| 187 | Cellar No 8 | 1 | | | Pinot Grigio | | 2009 | 750 |
| 188 | California Collection | 3 | | | Sav Blanc | | 2009 | 750 |
| 189 | Terranoble | 3 | | | Sav Blanc | | 2010 | 750 |
| 190 | Line 39 | 5 | | | Sav Blanc | | 2009 | 750 |
| 191 | Wicked Good | 3 | | | White | | | 750 |
| 192 | Pomelo | 8 | | | Sav Blanc | | 2009 | 750 |
| 193 | The Beach House | 4 | | | Sav Blaanc 80% | | 2010 | 750 |
| 194 | L'Ecole No 4 | 5 | | | Semillon | | 2009 | 750 |
| 195 | Menage a trois | 5 | | | White | | 2009 | 750 |
| 196 | Westport Rivers | 7 | | | | | 2008 | 750 |
| 197 | Condudrum | 4 | | | White | | 2009 | 750 |
| 198 | Terranoble | 5 | | | Chardonnay | | 2009 | 750 |
| 199 | Cellar No 8 | 5 | | | Chardonnay | | 2008 | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

|     | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|-----|------|----------|-----------|-------|--------|------|------|
| 200 | Line 39 | 6 | | Chardonnay | | 2009 | 750 |
| 201 | Grande Archeche | 4 | | Chardonnay | | 2007 | 750 |
| 202 | 90+ Cellars | 12 | | Chardonnay | | 2009 | 750 |
| 203 | Cupcake Vineyards | 5 | | Chardonnay | | 2009 | 750 |
| 204 | Grayson Cellars | 5 | | Chardonnay | | 2009 | 750 |
| 205 | Four Vines Naked | 5 | | Chardonnay | | 2009 | 750 |
| 206 | Menage a Trois | 4 | | Chardonnay | | 2008 | 750 |
| 207 | Samantha Star | 5 | | Chardonnay | | 2007 | 750 |
| 208 | Riverstone J Lohr | 2 | | Chardonnay | | 2009 | 750 |
| 209 | Eve | 2 | | Chardonnay | | 2008 | 750 |
| 210 | Moobuzz | 5 | | Chardonnay | | 2009 | 750 |
| 211 | Beringer | 3 | | Chardonnay | | 2009 | 750 |
| 212 | Clos Dubois | 5 | | Chardonnay | | 2008 | 750 |
| 213 | Rodney Srong | 6 | | Chardonnay | | 2008 | 750 |
| 214 | LA Crema | 7 | | Chardonnay | | 2008 | 750 |
| 215 | Sterling Vineyards | 7 | | Chardonnay | | 2008 | 750 |
| 216 | Mac Rostie | 11 | | Chardonnay | | 2008 | 750 |
| 217 | Mer Soleil Silver | 4 | | Chardonnay | | 2008 | 750 |
| 218 | Rombover Vineyards | 6 | | Chardonnay | | 2009 | 750 |
| 219 | Mer Soleil | 4 | | Chardonnay | | 2008 | 750 |
| 220 | Bay Mist J Lohr | 9 | | Riesling | | 2009 | 750 |
| 221 | Milbrandt Vineyards | 5 | | Riesling | | 2008 | 750 |
| 222 | Kung Fu Girl | 1 | | Riesling | | 2010 | 750 |
| 223 | Dom Perignon | 1 | | Champagne | | 2002 | 750 |
| 224 | Vevre Cliqout Ponsardin | 1 | La Grande | Champagne | | 1998 | 750 |
| 225 | Moet and Chandon | 4 | Imperial | Champagne | | | 750 |
| 226 | Moet and Chandon | 2 | Nectar Imperial | Champagne | | | 750 |
| 227 | Vevre Cliqout Ponsardin | 1 | Brut | Champagne | | | 750 |
| 228 | Perrier Jouet | 12 | | Champagne | | | 750 |
| 229 | Nicholas Feuilatte | 8 | | Champagne | | | 750 |
| 230 | Drappier | 11 | | Champagne | | | 750 |
| 231 | Segura Vivdas | 4 | Brut | Champagne | | | 750 |
| 232 | Roederer Estate | 3 | Brut | Champagne | | | 750 |
| 233 | Chandon | 3 | Blanc DeMooirs | | | | 750 |
| 234 | Chandon | 2 | Rose | | | | 750 |
| 235 | Sofia | 5 | | Blanc de Blanc | | | 750 |
| 236 | Real Sangria | 8 | | | | | 750 |
| 237 | Real Sangria | 1 | | | | | 1.5 |
| 238 | Robertson Winery | 4 | Natural Sweet | Rose' | | | 750 |
| 239 | Robertson Winery | 7 | Natural Sweet | Red | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 240 | Yellow Tail | 3 | | Shiraz | | 2010 | 1.5 |
| 241 | Yellow Tail | 7 | | Shiraz-Grenache | | 2010 | 1.5 |
| 242 | Yellow Tail | 3 | | Shiraz-Cab | | 2010 | 1.5 |
| 243 | Yellow Tail | 4 | | Cab Sav | | 2010 | 1.5 |
| 244 | Yellow Tail | 5 | | Cab-Merlot | | 2010 | 1.5 |
| 245 | Yellow Tail | 5 | | Merlot | | 2010 | 1.5 |
| 246 | Yellow Tail | 6 | | Pino Noir | | 2010 | 1.5 |
| 247 | Canyon Oaks | 6 | | Merlot | | 2009 | 1.5 |
| 248 | Canyon Oaks | 5 | | Cab Sav | | 2009 | 1.5 |
| 249 | Canyon Oaks | 6 | | White Zin | | 2009 | 1.5 |
| 250 | Cocoa di Vine | 1 | | | | | |
| 251 | Michalchiarloi Mivoli | 11 | | | | 2009 | 375 |
| 252 | Moscato D'Asti | 6 | Villa Rosa | | | 2010 | |
| 253 | Field of Dreams | 11 | Moscato | | | 2009 | |
| 254 | Chateau Le Thibault | 12 | Monbazilla | | | 2005 | 375 |
| 255 | Azia Noto Tokubestsu | 8 | Sake | | | | 300ml |
| 256 | Junmai Sake | 7 | Sake Silk Deluxe | | | | 500 ml |
| 257 | Wakatake Ginjo | 3 | Sake | | | | 720ml |
| 258 | Jackson Triggs | 3 | Vidal Ice Wine | | | | 187 ml |
| 259 | Yarden | 3 | Mount Hermon | Red Wine | | 2010 | 750 |
| 260 | Yarden | 2 | Mount Hermon | White | | 2010 | 750 |
| 261 | Zardetto | 1 | Prosello | Brut | | | 750 |
| 262 | Paxes Balter | 2 | | brut | | | 750 |
| 263 | Marques de Gelida | 3 | | Brut | | 2006 | 750 |
| 264 | Louis Perdrier | 21 | | Brut Rose | | | 750 |
| 265 | Louis Bouillot | 2 | | Brut | | | 750 |
| 266 | Louis Bouillot | 1 | | Rose | | | 750 |
| 267 | Hugo | 11 | | Rose Sparkling | | | 750 |
| 268 | Marques de Latow | 2 | | Rose | | | 750 |
| 269 | Kalacava | 10 | | Sparkling Wine | | | 750 |
| 270 | Vevne Du Vernay | 4 | | Brut Rose | | | 750 |
| 271 | Yellow Tail | 3 | | Sparkling Wine | | | 750 |
| 272 | Sanderman | 3 | 10 year Porto | Porto | | | 750 |
| 273 | Warre's | 3 | Otima 10 | Porto | | | 750 |
| 274 | Moval Black | 4 | | Potto | | | 750 |
| 275 | Ramos Pinto | 2 | | Porto Ruby | | | 750 |
| 276 | Ramos Pinto | 5 | | Porto Tawny | | | 750 |
| 277 | Taylor Fladgate | 4 | | Fine Ruby Porto | | | 750 |
| 278 | Sanderman | 11 | | Ruby Porto | | | 750 |
| 279 | Warre's | 11 | | Ruby Porto | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|---|
| 280 | Chiara | 41 | | Prosecco | Sparkling Wine | | | 750 |
| 281 | Cockburns | 8 | | | Ruby Porto | | | 750 |
| 282 | Cockburns | 11 | | | Tawny Porto | | | 750 |
| 283 | Pedro Romero | 11 | | | Sherry Amontillado | | | 750 |
| 284 | Pedro Romero | 11 | | | Sherry Cream | | | 750 |
| 285 | Pedro Romero | 2 | | | Manzanilla | | | 750 |
| 286 | San Antonio | 5 | | | Port | | | 750 |
| 287 | Taylor | 2 | | | Port | | | 750 |
| 288 | Martini & Rossi | 13 | | | Rosso Vermouth | | | 750 |
| 289 | Martini & Rossi | 3 | | | Extra Dry Vermouth | | | 750 |
| 290 | Ariel | 12 | | | Brut Cuvee | | | 750 |
| 291 | Ariel | 6 | | | Cab Sav | | 2009 | 750 |
| 292 | Ariel | 10 | | | Chardonnay | | 2009 | 750 |
| 293 | Boissiere | 7 | | | Sweet Vermouth | | | 750 |
| 294 | Boissiere | 8 | | | Extra Dry Vermouth | | | 750 |
| 295 | Dubonnet | 6 | | | Blanc | | | 750 |
| 296 | Dubonnet | 6 | | | Rouge | | | 750 |
| 297 | Redtree | 6 | | | Moscato | | 2009 | 750 |
| 298 | Beringer | 8 | | | Moscato | | 2009 | 750 |
| 299 | Cream | 8 | | Chocolate Infused Whipped Cream | | | | |
| 300 | Cream | 15 | | Raspberry Infused Whipped Cream | | | | |
| 301 | Ruffino | 6 | | | Chianti | | 2009 | 750 |
| 302 | Uranos 40 | 3 | | | Red Wine | | 2007 | 750 |
| 303 | d'Array's | 1 | | | Shiraz-Grenache | | 2005 | 750 |
| 304 | Vitiano | 3 | | | Cab Sav-Sangionese | | 2008 | 750 |
| 305 | Castell del Remei Gotim Bru | 1 | | | | | 2008 | 750 |
| 306 | Tryst | 2 | | | Cab Sav | | 2006 | 750 |
| 307 | Trimback | 4 | | | Riesling | | 2008 | 750 |
| 308 | Sangionese | 1 | | | Red Wine | | 2009 | 750 |
| 309 | Pavilion Crossing | 1 | | | Merlot | | 2009 | 750 |
| 310 | Rodney Srong | 5 | | | Chardonnay | | 2008 | 750 |
| 311 | Concannon | 2 | | | Petite Sirah | | 2008 | 750 |
| 312 | Urban | 4 | | | Riesling | | 2009 | 750 |
| 313 | Cupcake Vineyards | 8 | | | Riesling | | 2009 | 750 |
| 314 | Four Vines Naked | 1 | | | Chardonnay | | 2009 | 750 |
| 315 | 90 + Cellars | 3 | | | Sav Blanc | | 2010 | 750 |
| 316 | Trimback | 4 | | | Gewerztramin | | 2007 | 750 |
| 317 | Cotes Du Rhone | 2 | | | | | 2009 | 750 |
| 318 | Kthma Xatzhmix | 5 | | | | | 2009 | 750 |
| 319 | Vignamaggio | 6 | | | Chianti | | 2007 | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|---|
| 320 | Kung Fu Girl | 9 | | | Riesling | | 2010 | 750 |
| 321 | Rodney Srong | 5 | | | Pinot Noir | | 2009 | 750 |
| 322 | Robertson Winery | 3 | | | Chardonnay | | 2008 | 750 |
| 323 | Samantha Star | 4 | | | Pinot Noir | | 2008 | 750 |
| 324 | RiazulPreminum Tequila | 2 | | | Blue Agaue | | | 750 |
| 325 | RiazulPreminum Tequila | 2 | | | Reposado | | | 750 |
| 326 | RiazulPreminum Tequila | 3 | | | Silver | | | 750 |
| 327 | AvionAnesa Tequila | 2 | | | | | | 750 |
| 328 | AvionAnesa Tequila | 2 | | | Reposado | | | 750 |
| 329 | AvionAnesa Tequila | 1 | | | Silver | | | 750 |
| 330 | Gran Centernario | 5 | | | | | | 750 |
| 331 | Corzo Tequila | 3 | | | Reposado | | | 750 |
| 332 | Corzo Tequila | 3 | | | Silver | | | 750 |
| 333 | Patron | 2 | | | Aneso | | | 750 |
| 334 | Patron | 1 | | | Reposado | | | 750 |
| 335 | Patron | 9 | | | | | | 750 |
| 336 | Maestro Dobel Diamond | 3 | | | | | | 750 |
| 337 | Leyanda del Milagro | 3 | | | Agave | | | 750 |
| 338 | Leyanda del Milagro | 3 | | | Reposado | | | 750 |
| 339 | Leyanda del Milagro | 3 | | | Silver | | | 750 |
| 340 | Mount Gay rum | 3 | | | Extra Old | | | 750 |
| 341 | Ron Zacapada Sloera 23 | 1 | | | | | | 750 |
| 342 | Pyratt Rum | 4 | | | XO Reserve | | | 750 |
| 343 | 10 Can Rum | 4 | | | | | | 750 |
| 344 | Leblon Rum | 4 | | | | | | 750 |
| 345 | Briney Rum | 2 | | | Gold Shipwreck | | | 750 |
| 346 | Briney Rum | 4 | | | Gold Mango | | | 750 |
| 347 | Briney Rum | 2 | | | Coconut | | | 750 |
| 348 | Briney Rum | 1 | | | Lime | | | 750 |
| 349 | Briney Rum | 4 | | | Coffee | | | 750 |
| 350 | Mount Gay Rum | 3 | | | Eclipse | | | 750 |
| 351 | Bols GeneverAmsterdam | 6 | | 1575 | | | | 750 |
| 352 | Hendricks Gin | 1 | | | | | | 750 |
| 353 | Death's Door Gin | 2 | | | | | | 750 |
| 354 | Bombay Saphire | 2 | | | | | | 1.75L |
| 355 | Bombay Saphire | 6 | | | | | | 750 |
| 356 | Plymouth English Gin | 4 | | | | | | 750 |
| 357 | Tanquery Gin | 2 | | | | | | 750 |
| 358 | Whitley Neill Gin | 6 | | | | | | 750 |
| 359 | Greylock Gin | 2 | | | | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 360 | Ethereal Gin | 6 | | | | | 750 |
| 361 | Barcadi | 9 | | Orange | | | 750 |
| 362 | Barcadi | 9 | | Limon | | | 750 |
| 363 | Barcadi | 1 | | Raspberry | | | 750 |
| 364 | Barcadi | 5 | | Dragon Berry | | | 750 |
| 365 | Barcadi | 11 | | 151 | | | 750 |
| 366 | Lady Bligh | 4 | | | | | 750 |
| 367 | Patron | 1 | | | | | 750 |
| 368 | Patron | 2 | | XO Café | | | 750 |
| 369 | 1800 | 1 | | Silver | | | 750 |
| 370 | 1800 | 5 | | Reposado | | | 750 |
| 371 | 1800 | 2 | | Aneso | | | 750 |
| 372 | Herradura Tequila | 7 | | Agave | | | 750 |
| 373 | Don Julio | 1 | | Agave | | | 750 |
| 374 | Don Julio | 1 | | Reposado | | | 750 |
| 375 | Don Julio | 1 | | Blanco | | | 750 |
| 376 | Jose Cuervo | 10 | | | | | 750 |
| 377 | Puerto Vallarta | 3 | | Silver | | | 750 |
| 378 | Puerto Vallarta | 6 | | Gold | | | 750 |
| 379 | Rhum Barbancourt | 4 | | | | | 750 |
| 380 | Ron Anejo Rum | 3 | | | | | 750 |
| 381 | Malibu | 3 | | | | | 750 |
| 382 | Don Q Cristal Rum | 2 | | | | | 750 |
| 383 | "CRU" Rum | 15 | | Clear | | | 750 |
| 384 | "CRU" Rum | 10 | | Gold | | | 750 |
| 385 | "CRU" Rum | 6 | | Gold | | | 1.75L |
| 386 | "CRU" Rum | 2 | | Clear | | | 1.75L |
| 387 | Barcadi | 5 | | | | | 1.75L |
| 388 | Barcadi | 11 | | Gold | | | 1.75L |
| 389 | Los Generales Tequila | 8 | | Gold | | | 750 |
| 390 | Los Generales Tequila | 9 | | Silver | | | 750 |
| 391 | Los Generales Tequila | 8 | | Gold | | | 1.75L |
| 392 | Los Generales Tequila | 1 | | Silver | | | 1.75L |
| 393 | Chopin Vodka | 3 | | | | | 750 |
| 394 | Grey Goose | 3 | | | | | 1.75L |
| 395 | Kettle One | 5 | | Cintron | | | 750 |
| 396 | Kettle One | 1 | | | | | 750 |
| 397 | Triple 8 Vodka | 5 | | | | | 750 |
| 398 | Triple 8 Vodka | 6 | | Vanilla | | | 750 |
| 399 | Hammer and Sickle Vodka | 2 | | | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 400 | Grey Goose | 7 | | Orange | | | 750 |
| 401 | Grey Goose | 4 | | La Poire | | | 750 |
| 402 | Grey Goose | 8 | | Cintron | | | 750 |
| 403 | Grey Goose | 15 | | | | | 750 |
| 404 | Christiania Vodka | 11 | | | | | 750 |
| 405 | Hangar One Vodka | 6 | | | | | 750 |
| 406 | Zyr Vodka | 3 | | | | | 750 |
| 407 | Double Cross | 7 | | | | | 750 |
| 408 | Nuvo | 7 | | | | | 750 |
| 409 | Death's Door Vodka | 3 | | | | | 750 |
| 410 | Ice Glena Vodka | 3 | | | | | 750 |
| 411 | Efferen Black Cherry | 7 | | | | | 750 |
| 412 | Vincent Van Gogh | 4 | | | | | 750 |
| 413 | Stoli | 3 | | Raspberry | | | 750 |
| 414 | Stoli | 7 | | Vanilla | | | 750 |
| 415 | Stoli | 3 | | Blueberry | | | 750 |
| 416 | Russian Diamond | 3 | | | | | 750 |
| 417 | Smirnoff | 7 | | Raspberry | | | 750 |
| 418 | Smirnoff | 6 | | Green Apple | | | 750 |
| 419 | Smirnoff | 8 | | Vanilla | | | 750 |
| 420 | Smirnoff | 2 | | Cranberry | | | 750 |
| 421 | Vesica Vodka | 32 | | | | | 750 |
| 422 | "CRU" Vodka | 2 | | Vanilla | | | 750 |
| 423 | Svedka | 5 | | Raspberry | | | 750 |
| 424 | Svedka | 12 | | Cintron | | | 750 |
| 425 | Svedka | 12 | | | | | 750 |
| 426 | Kettle One | 1 | | | | | 1.75L |
| 427 | Vesica Vodka | 16 | | | | | 1.75L |
| 428 | Pallini Limoncello | 4 | | Box set | | | 750 |
| 429 | Sognodi di Sorrento Limonce | 3 | | | | | 750 |
| 430 | Campari | 4 | | | | | 750 |
| 431 | Averna | 4 | | | | | 750 |
| 432 | Branca Menta | 2 | | | | | 750 |
| 433 | Chamboard | 7 | | | | | 750 |
| 434 | Drambuie | 2 | | | | | 750 |
| 435 | B + B | 1 | | | | | 750 |
| 436 | Chartreuse | 2 | | | | | 750 |
| 437 | Lucid Absinthe | 1 | | | | | 750 |
| 438 | Redemption Eye | 5 | | | | | 750 |
| 439 | Death's Door Whiskey | 6 | | | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 440 | High West | 5 | | | | | 750 |
| 441 | New England Corn Whiskey | 6 | | | | | 750 |
| 442 | Baker's | 2 | | | | | 750 |
| 443 | Booker's | 6 | | | | | 750 |
| 444 | Glen Rothes | 2 | Select Reserve | | | | 750 |
| 445 | Yamazaki | 1 | 12 Year | | | | 750 |
| 446 | Highland Park | 4 | 12 Year | | | | 750 |
| 447 | Glenfiddach | 3 | 12 Year | | | | 750 |
| 448 | Glenfiddach | 3 | 15 Year | | | | 750 |
| 449 | Glenfiddach | 2 | 18 Year | | | | 750 |
| 450 | Glenlivet | 2 | 12 Year | | | | 750 |
| 451 | Edradour | 4 | 10 Year | | | | 750 |
| 452 | Ardbeg | 5 | 10 Year | | | | 750 |
| 453 | Double Barrel | 2 | 10 Year | | | | 750 |
| 454 | Armagnac de Montal | 2 | | VSOP | | | 750 |
| 455 | Armagnac de Montal | 2 | | VS | | | 750 |
| 456 | Belle de Brillet Cognac | 2 | | | | | 750 |
| 457 | Glenmorangie | 4 | 10 Year | | | | 750 |
| 458 | Chivas Regal | 1 | 12 Year | | | | 750 |
| 459 | Dewars | 2 | 12 Year | | | | 750 |
| 460 | Johnnie Walker Red | 3 | | | | | 750 |
| 461 | Bow More Islay | 1 | | | | | 750 |
| 462 | Dewars White Label | 5 | | | | | 750 |
| 463 | J + B Scotch Whiskey | 2 | | | | | 750 |
| 464 | Highland Stag | 7 | | | | | 750 |
| 465 | Clan MacGregor | 8 | | | | | 750 |
| 466 | Connemara | 1 | 12 Year | | | | 750 |
| 467 | Connemara | 2 | | | | | 750 |
| 468 | Connemara | 2 | Cask Strength | | | | 750 |
| 469 | Knappogue Castle | 7 | 12 Year | | | | 750 |
| 470 | Bushmills 1608 | 3 | | | | | 750 |
| 471 | Michael CollinS | 5 | | | | | 750 |
| 472 | Eagle Rare | 2 | | | | | 750 |
| 473 | Corner Creek | 3 | | | | | 750 |
| 474 | Domaine de Canton | 5 | | | | | 750 |
| 475 | Herring Cherry Liqour | 2 | | | | | 750 |
| 476 | Frangelico | 12 | | | | | 750 |
| 477 | Godiva | 2 | White Chocolate | | | | 750 |
| 478 | Godiva | 1 | Chocolate | | | | 750 |
| 479 | Amarula Cream | 10 | | | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 480 | EFE | 2 | Grape | | | | 750 |
| 481 | EFE | 1 | | | | | 750 |
| 482 | Jagermeister | 4 | | | | | 750 |
| 483 | Midori | 1 | | | | | 750 |
| 484 | Pimms | 1 | | | | | 750 |
| 485 | Capel Pisco | 3 | | | | | 750 |
| 486 | Southern Comfort | 8 | | | | | 750 |
| 487 | Aperol Aperitino | 4 | | | | | 750 |
| 488 | Luxardo Sambuca | 1 | | | | | 750 |
| 489 | Luxardo Amaretto | 4 | | | | | 750 |
| 490 | Romana Sambuca | 7 | | | | | 750 |
| 491 | Jim Beam | 9 | Rye | | | | 750 |
| 492 | Jim Beam | 3 | | | | | 750 |
| 493 | Fireball Cinnamon Whiskey | 5 | | | | | 750 |
| 494 | Kellan | 3 | | | | | 750 |
| 495 | John L. Sullivan | 6 | | | | | 750 |
| 496 | Tullamore Dew | 7 | | | | | 750 |
| 497 | Powers | 8 | | | | | 750 |
| 498 | The Knot | 6 | | | | | 750 |
| 499 | Jameson | 9 | | | | | 750 |
| 500 | Courvoiser | 8 | VS | | | | 750 |
| 501 | Hennessy | 1 | VS | | | | 750 |
| 502 | Pierre Ferrand Ambre | 3 | | | | | 750 |
| 503 | Remy Martin | 3 | VSOP | | | | 750 |
| 504 | "CRU" Brandy | 24 | | | | | 750 |
| 505 | St Remy Brandy | 9 | VSOP | | | | 750 |
| 506 | Jameson | 6 | | | | | 1.75L |
| 507 | "CRU" Whiskey | 2 | | | | | 750 |
| 508 | "CRU" Whiskey | 7 | | | | | 1.75L |
| 509 | "CRU" Burbon | 6 | | | | | 1.75L |
| 510 | Jim Beam | 5 | | | | | 1.75L |
| 511 | Disaronno | 10 | | | | | 750 |
| 512 | Disaronno | 4 | | Box set w Shaker | | | 750 |
| 513 | Kahlua | 2 | | | | | 750 |
| 514 | Adult Chocolate Milk | 5 | | | | | 750 |
| 515 | Bailey's | 6 | | | | | 750 |
| 516 | Duggan's | 3 | | | | | 750 |
| 517 | Penfolds Rawsons Retreat | 10 | | Shiraz-Cab | | 2009 | 750 |
| 518 | Hijesde Villa Tequila | 1 | | Repsoado | | | 750 |
| 519 | Midori | 1 | | | | | 750 |

# EXHIBIT A: Inventory of Seized Wine and Spirits

| | NAME | QUANTITY | TOWN NAME | GRAPE | REGION | YEAR | SIZE |
|---|---|---|---|---|---|---|---|
| 520 | Lady Bligh Rum | 1 | | | | | 750 |
| 521 | Puerto Vallarta Tequila | 1 | | | | | 750 |
| 522 | Jameson | 19 | | | | | 375ml |
| 523 | Glenlivet | 2 | | | | | 375ml |
| 524 | Grey Goose | 9 | | | | | 375ml |
| 525 | Bombay Saphire | 10 | | | | | 375ml |
| 526 | Bacardi | 13 | | Gold | | | 375ml |
| 527 | Bacardi | 13 | | | | | 375ml |
| 528 | Patron | 9 | | Silver | | | 375ml |
| 529 | Makers Mark | 6 | | | | | 375ml |
| 530 | Bailey's | 10 | | | | | 375ml |
| 531 | Jack Daniels | 4 | | | | | 375ml |
| 532 | Remy Martin | 1 | XO | | | | 750 |
| 533 | Grand Mariner | 1 | | | | | 750 |
| 534 | Amaone Dello Valpolicella | 1 | | | | 2006 | 750 |
| 535 | Altesio Brunello di Montalcin | 1 | | | | | 750 |
| 536 | Perrier Jouet | 1 | | Grand Brut Champagene | | | 750 |
| 537 | Moet + Chandon | 2 | | Nectar Imperial Champagene | | | 750 |
| 538 | Moet + Chandon | 7 | | Imperial Champagene | | | 750 |
| 539 | Veuve Clicquot Ponsardin | 1 | | Champagene | | | 750 |
| 540 | Veuve Clicquot Ponsardin | 1 | | Brut | | | 750 |
| 541 | Bruno di Montalcino Castello | 2 | | | | 2004 | 750 |
| 542 | Middleton Very Rare | 1 | | | | | 750 |
| 543 | Glenfiddach | 1 | 21 Year | | | | 750 |
| 544 | Connemara | 1 | 12 Year | | | | 750 |
| 545 | Johnnie Walker | 1 | 18 Year | Gold | | | 750 |