UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  11-cr-10212-JLT |
| | ) | |
| 1.   JOHN WILLIS | ) | |
| 2.   BRANT WELTY | ) | |
| 3.   PETER MELENDEZ | ) | |
| 4.   AIBUN ENG | ) | |
| 5.   BRIAN BOWES | ) | |
| 6.   KEVIN BARANOWSKI | ) | |
| 7.   MICHAEL CLEMENTE | ) | |
| 12.  BRIDGET WELTY | ) | |
| 14.  COLBY DEERING | ) | |
| 15.  ANH NGUYEN | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Final Order of Forfeiture as to certain seized and restrained property of the defendants in accordance with Title 21, United States Code, Section 853, Title 18 United States Code, Section 982(a)(1), Title 31, United States Code, Section 5317(c), Title 28, United States Code, Section 2461(c), and Rule 32.2(c) and (e) of the Federal Rules of Criminal Procedure with respect to Defendants JOHN WILLIS, BRANT WELTY, PETER MELENDEZ, AIBUN ENG, BRIAN BOWES, KEVIN BARANOWSKI, MICHAEL CLEMENTE, BRIDGET WELTY, COLBY DEERING, and ANH NGUYEN (hereafter, collectively, "Defendants"), for the reasons set forth below.

On June 5, 2013, on the United States' motion, and without opposition, this Court entered a Preliminary Order of Forfeiture (Docket No. 736) against the following property (hereafter, collectively, the "Preliminarily Forfeited Property") pursuant to 21 U.S.C. §§ 853(a)(1) & (2), 18

*Allowed*
*Tauro D.J.*
*11/13/13*