Case Name: United States v. __JOHN WILLIS__
Docket No. ~~NEW~~ # 11-CR-10212-JLT

Dear Clerk:

I believe that I may be eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and the retroactive drug guideline amendment (Amendment 782). I respectfully request that you appoint counsel to represent me.

_____ I was previously represented by appointed counsel.

__✓__ I previously had retained counsel, but am now indigent. Enclosed is my financial affidavit.

Respectfully,

Name __John Willis__
Reg. No. __939-50038__
Institution __FCI Cumberland__
Address __PO Box 1000__
__Cumberland MD 21501__

DATE: __1-27/15__

ATTN
Martin Richey