AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CR-10212-DPW |
| John Willis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                    .

Date:   03/13/2015

/s/: Nathaniel R. Mendell
*Attorney's signature*

Nathaniel R. Mendell, 645283
*Printed name and bar number*

U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

nathaniel.mendell@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3965
*FAX number*