# United States Court of Appeals
## For the First Circuit

No. 13-2102

UNITED STATES,

Appellee,

v.

JOHN WILLIS, a/k/a Bac Guai John,

Defendant, Appellant.

Before

Lynch, <u>Chief Judge</u>
Howard and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: April 27, 2015

Defendant has appealed from his 20-year, below-guideline sentence, and the government has moved for summary disposition. After careful review of the parties' submissions and the record, we grant the government's motion and affirm the sentence. Defendant claims that the district court committed procedural error by failing to consider the 18 U.S.C. § 3553(a) factors and to adequately explain the sentence. The record, however, shows that the court found the government's sentencing arguments compelling and also took defendant's mitigation argument into account. <u>See</u> <u>United States</u> v. <u>Arango</u>, 508 F.3d 34, 46 (1st Cir. 2007) (noting that "court's reasoning can often be inferred by comparing what was argued by the parties or contained in the presentence report with what the judge did") (internal quotations omitted).

Affirmed. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Bailey, Richard Bradford
Chaitowitz, Dina Michael
Denner, Jeffrey Alan
Hoffman, Richard L.
Moran, Timothy E.