# United States Court of Appeals
## For the First Circuit

No. 13-2102

UNITED STATES

Appellee

v.

JOHN WILLIS, a/k/a Bac Guai John

Defendant - Appellant

**MANDATE**

Entered: May 19, 2015

    In accordance with the judgment of April 27, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Richard Bradford Bailey
Dina Michael Chaitowitz
Jeffrey Alan Denner
Richard L. Hoffman
Timothy E. Moran