Clerk of Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, Mass 02210-3002

July 22, 2015

RE: United States of America v. John Willis et. al.
    Case No. 11-cr-10212 JLT (D.Mass) DPW

Dear Clerk,

    The purpose of this letter is to determine the status of my appeal in the above caption cause. I was told by my federal attorney that he was appealing the last decision issued on my case, but I haven't heard anything since. I have had several family members contact this Court to seek the status of my appeal, they were all told that the appeal was pending.

    As I am totally unaware if there is a time limitation of any sort and my request is made to assure no fundamental miscarriage of justice has occurred or that i somehow be time barred from further litigation of this nature. Therefore, your attention to this request will be greatly and warmly appreciated. I hope for a speedy response and remain:

Yours Truly,

John Willis # 93950-038
P.O. Box 1000
F.C.I. Cumberland
Cumberland, Maryland, 21501