UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   )
        v.                         )     CRIMINAL NO. 11-cr-10212
                                   )
JOHN WILLIS                        )

**MOTION TO WITHDRAW AS COUNSEL OR,
IN THE ALTERNATIVE, TO ACT AS STANDBY COUNSEL**

Undersigned counsel moves to withdraw as counsel for the defendant, John Willis, or in the alternative, to act as standby counsel. As grounds for this motion, undersigned counsel states as follows:

1.  This Court appointed undersigned counsel to screen the Defendant's case in order to determine whether there was any basis to challenge the Defendant's sentence under *Johnson v. United States*, 135 S.Ct. 2551 (2015).

2.  Undersigned counsel promptly reviewed the matter and wrote to the Defendant providing his views about the relevance of *Johnson* and the Defendant's prospects for relief. In brief, undersigned counsel expressed the opinion that there was no reasonable likelihood that he could benefit materially from the *Johnson* decision. Accordingly, counsel expressed the view that he could

not in good faith file a habeas petition seeking relief on behalf of the Defendant.

3.   Nevertheless, on June 20, 2016, Defendant filed a <u>pro se</u> habeas petition pursuant to 28 U.S.C. § 2255 without consulting undersigned counsel.

4.   Undersigned counsel has reviewed the Defendant's habeas petition and continues to believe there is no reasonable likelihood that he will prevail.

5.   Undersigned counsel has discussed this matter with Mr. Willis. Mr. Willis has indicated that he wishes undersigned counsel to help him in any way he can.

6.   It is not clear to undersigned counsel how he can help Mr. Willis. Nevertheless, he is willing to act as standby counsel if the Court wishes.


Date: September 1, 2016

/s/ Chauncey B. Wood
Chauncey B. Wood
Wood & Nathanson, LLP
50 Congress street, Suite 600
Boston, MA 02110
Tel. (617) 248-1806
cwood@woodnathanson.com

<u>Certificate of Service</u>

I hereby certify that this document, which was filed on this date through the ECF system, will be sent electronically on this date to all registered parties.  Furthermore, I certify that I have mailed a copy of this document by first class mail, postage prepaid, to:

Mr. John Willis, #93950-038
FCI DANBURY
Route 37
Danbury, CT 06811


Date: September 1, 2016                <u>/s/ Chauncey B. Wood</u>
                                       Chauncey B. Wood